IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-944-D |
| ) | |
| KEVIN STITT, et. al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to the Order entered this same date adopting Magistrate Judge Gary Purcell's Supplemental Report and Recommendation, judgment is entered as follows:

Plaintiff's claims against all defendants are dismissed without prejudice to refiling.

**IT IS SO ORDERED** this 21st day of December, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge