UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
| --- | --- | --- |
| Clerk of Court | | Chief Deputy Clerk |

February 23, 2022

Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:**     **21-6011, Thomas v. Stitt, et al**
Dist/Ag docket: 5:20-CV-00944-D

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's February 1, 2022 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

                                                                             Sincerely,

                                                                             Christopher M. Wolpert
                                                                             Clerk of Court

cc:      Easha Anand
             Lauren Nicole Beebe
             Brendan Krasinski
             Colleen McElroy
             C. Harker Rhodes IV
             Jody Rhodes
             Rebecca Turner

CMW/jm