IN THE UNTED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN STITT, et al,<br><br>Defendants. | **Case No.: CIV-20-944-D** |

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for all of the **Defendants: KEVIN STITT, OKLAHOMA PARDON AND PAROLE BOARD, T. HASTINGS SIEGFRIED, AND SCOTT CROW**. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

/s/ Alejandra J. Brigida
**ALEJANDRA J. BRIGIDA, OBA #35381**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: Alejandra.brigida@oag.ok.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 18th day of July 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal to the following person who is an ECF registrant:

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., NW
Washington, DC – 20004
Lauren.beebe@kirkland.com
*Attorneys for Plaintiff*

                /s/ Alejandra Brigida
                Alejandra Brigida