IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-20-944-D |
| KEVIN STITT, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the Court is Defendants' Motion to Substitute Counsel [Doc. No. 66]. Defendants are currently represented by the Oklahoma Attorney General's Office. Assistant Attorney General Alejandra J. Brigida entered her appearance for Defendants on July 18, 2023 [Doc. No. 65]. Defendants ask the Court to allow previous counsel, Assistant Attorneys General Jessica A. Wilkes and Kayla G. Molina, to be substituted with Ms. Brigida. Upon consideration, the motion should be granted.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Substitute Counsel [Doc. No. 66] is **GRANTED**. The Clerk is directed to remove the names of Assistant Attorneys General Jessica A. Wilkes and Kayla G. Molina from the docket as counsel for Defendants and substitute Assistant Attorney General Alejandra J. Brigida in their place.

**IT IS SO ORDERED** this 19th day of July, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge