IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-944-D |
| ) | |
| KEVIN STITT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Before the Court is the Motion to Appear *Pro Hac Vice* for attorney Tracie L. Bryant [Doc. No. 67]. Upon consideration, the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that Tracie L. Bryant is admitted to practice before this Court for the limited purpose of appearing in this case as counsel for Plaintiff. Ms. Bryant shall file an entry of appearance in accordance with LCvR83.4 and link her PACER account with the United States District Court for the Western District of Oklahoma.[1]

**IT IS SO ORDERED** this 17th day of August, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] *See* https://www.okwd.uscourts.gov/wp-content/uploads/PDF_A-OKWD_Admitted_Attorneys_Electronic_Filing_Registration.pdf for guidance on linking counsel's individual Pacer account with the Court.