**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

DWAIN EDWARD THOMAS,      )
                                     )
        Plaintiff,         )
                                     )
v.                               )     Case No. CIV-20-944-D
                                     )
KEVIN STITT, et al.,        )
                                     )
        Defendants.    )

## ORDER

Before the Court is the parties' Joint Motion to Extend Certain Interim Deadlines and Amend Scheduling Order [Doc. No. 71]. Upon consideration, the motion is **GRANTED**. **IT IS THEREFORE ORDERED** that the following deadlines are amended:

| Event | Revised Deadline |
|---|---|
| Plaintiff to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed. | May 14, 2024 |
| Defendants to file final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed. | May 28, 2024 |
| Plaintiff to file final exhibit list. | May 14, 2024 |
| Defendants to file objections to Plaintiff's final exhibit list under Fed. R. Civ. P. 26(a)(3)(B). | May 28, 2024 |
| Defendants to file final exhibit list. | May 28, 2024 |
| Plaintiff to file objections to Defendants' final exhibit list under Fed. R. Civ. P. 26(a)(3)(B). | June 11, 2024 |
| All dispositive and *Daubert* motions to be filed. | June 4, 2024 |

All other provisions of the parties' Scheduling Order [Doc. No. 70], to include any deadlines not revised by this Order, remain in effect.

**IT IS SO ORDERED** this 13th day of March, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge