## IN THE UNTED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

DWAIN EDWARD THOMAS,

Plaintiff,

v.

KEVIN STITT, *et al,*

Defendants.

**Case No.: CIV-20-944-D**

## JOINT STIPULATED MOTION FOR PROTECTIVE ORDER

The parties move, pursuant to the Federal Rules of Civil Procedure 26(c), for entry of a protective order governing the disclosure of confidential information in this case. In support of this motion, the parties would show the Court the following:

Certain documents and information have been and may be sought, produced or exhibited by and between the parties in this proceeding and that some of these documents relate to the parties' and non-parties' and other sensitive information which the party making the production deems confidential.

Plaintiffs and Defendants have conferred and have agreed to the language contained in a proposed Protective Order which has been submitted to Court.

For good cause shown, the parties respectfully request the Court enter the attached agreed protective order so that discovery in this case can proceed promptly.

Respectfully submitted,

s/ *Alyssa M. McClure*
Emily Merki Long (*pro hac vice*)
Alyssa M. McClure (*pro hac vice*)
Tracie L. Bryant (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5099
emily.long@kirkland.com
alyssa.mcclure@kirkland.com
tracie.bryant@kirkland.com

Amy E. Breihan (*pro hac vice*)
RODERICK & SOLANGE
MACARTHUR JUSTICE CENTER
906 Olive Street, Suite 420
St. Louis, MO 63101
(314) 254-8540
amy.breihan@macarthurjustice.org

Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL LAW
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105
 (918) 935-2777
 jsbryan@bryanterrill.com
 sjterrill@bryanterrill.com
*Counsel for Plaintiff Dwain Edward Thomas*

s/ *Alejandra J. Brigida*
Alejandra J. Brigida, OBA 35381
ASSISTANT ATTORNEY GENERAL
OKLAHOMA ATTORNEY GENERAL'S OFFICE
LITIGATION DIVISION
313 NE 21st Street
Oklahoma City, Oklahoma 73105
T: (405) 521-2951
F: (405) 521-4518
*Counsel for Defendants*