# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| DWAIN EDWARD THOMAS, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. CIV-20-944-D |
| KEVIN STITT, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the parties' Joint Motion for Extension of Deadlines [Doc. No. 78]. Upon consideration, the motion is **GRANTED**. **IT IS THEREFORE ORDERED** that the following deadlines are amended:

| Event | Revised Deadline |
| --- | --- |
| Plaintiff to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed. | June 28, 2024 |
| Defendants to file final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed. | July 12, 2024 |
| Plaintiff to file final exhibit list. | June 28, 2024 |
| Defendants to file objections to Plaintiff's final exhibit list under Fed. R. Civ. P. 26(a)(3)(B). | July 12, 2024 |
| Defendants to file final exhibit list. | July 12, 2024 |
| Plaintiff to file objections to Defendants' final exhibit list under Fed. R. Civ. P. 26(a)(3)(B). | July 26, 2024 |
| Discovery to be completed by | July 19, 2024 |
| All dispositive and *Daubert* motions to be filed. | July 19, 2024 |

All other provisions of the parties' Scheduling Order [Doc. No. 70] remain in effect.

**IT IS SO ORDERED** this 3rd day of May, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge