# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

Dwain Edward Thomas

**Plaintiff**

Case No.: 5:20-cv-00944-D

*vs.*

Kevin Stitt, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Stephen Rhodes, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Subpoena to Testify at a Deposition in a Civil Action and Witness Fee Check in the Amount of $48.04 in the above entitled case.

That on 5/16/2024 at 6:02 PM, I personally served Adam Luck with the Subpoena to Testify at a Deposition in a Civil Action and Witness Fee Check in the Amount of $48.04 at 1440 NW 35th Street, Oklahoma City, Oklahoma 73118.

Adam Luck is described herein as:

Gender: Male    Race/Skin: White    Age: 40    Weight: 180    Height: 6'1"    Hair: Black    Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_5/21/24_
Executed On

Stephen Rhodes

Client Ref Number: 50394-0001
Job #: 2003541

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | | |
|---|---|---|
| Dwain Edward Thomas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CIV-20-944-D |
| Kevin Stitt, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Adam Luck

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: 2500 S. Broadway, Suite 122, Edmond, OK 73013 | Date and Time: 07/01/2024 9:00 am |
|---|---|

The deposition will be recorded by this method:  Video

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  05/07/2024

*CLERK OF COURT*

OR

_____    /s/ Emily Merki Long
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiff** Dwain Edward Thomas, who issues or requests this subpoena, are:

Emily Merki Long, Kirkland & Ellis LLP, 1301 Pennsylvania Ave. NW, Washington, DC 20004, emily.long@kirkland.com, (202) 389-3065

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).