IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DWAIN EDWARD THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-944-D |
| | ) | |
| KEVIN STITT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Before the Court is the parties' Joint Motion for Extension of Deadlines [Doc. No. 95]. The parties represent that they seek more time to conduct remaining written discovery, remaining depositions, resolve certain discovery disputes and prepare dispositive motions before trial. Upon consideration, the motion is **GRANTED**. The unexpired scheduling order deadlines are amended as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Discovery to be completed: | July 19, 2024 | August 19, 2024 |
| All dispositive and *Daubert* motions to be filed by: | July 19, 2024 | August 19, 2024 |
| Trial docket: | August 13, 2024 | To be set |
| Designations of deposition testimony to be used at trial: | July 2, 2024 | September 19, 2024 |
| Objections and counter-designations: | July 9, 2024 | September 26, 2024 |
| Objections to counter-designations: | July 16, 2024 | October 3, 2024 |
| Motions in limine: | July 2, 2024 | September 19, 2024 |
| Requested voir dire: | N/A | September 19, 2024 |
| Trial briefs (optional): | July 2, 2024 | September 19, 2024 |
| Requested jury instructions: | N/A | September 19, 2024 |
| Any objections or responses to motions in limine, requested voir dire, jury instructions: | N/A | October 3, 2024 |

1

| Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (see Appendix IV), together with a proposed order approving the report, to be submitted to the Court: | July 2, 2024 | September 19, 2024 |
|---|---|---|

All other provisions of the original Scheduling Order [Doc. No. 70], as amended by the Court's May 3, 2024 Order [Doc. No. 79], remain in effect.[1]

**IT IS SO ORDERED** this 28th day of June, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] If dispositive motions are filed, the trial setting will change. The parties may also move to stay unexpired scheduling order deadlines pending the Court's ruling on dispositive motions. Absent such a motion, all deadlines will remain in full force and effect.