UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN STITT, *et al.*, )<br>)<br>Defendants. )<br>)<br>) | No. 20-cv-944-D |

**PLAINTIFF'S FINAL WITNESS LIST**

Plaintiff Dwain Edward Thomas, by and through his undersigned counsel, and pursuant to the Court's May 3, 2024 Order (Dkt. 79) and Federal Rule of Civil Procedure 26(a)(3), hereby submits the following Plaintiff's Witness List. Plaintiff Thomas reserves the right to supplement or amend his Witness List as discovery is ongoing.[1]

| No. | Witness | Proposed Testimony |
|---|---|---|
| 1 | Tom Bates<br>Executive Director, Oklahoma Pardon and Parole Board<br>c/o Alejandra Brigida<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>405-521-3921 | Deposed. Mr. Bates is expected to testify as to the role and function of the Oklahoma Pardon and Parole Board as it relates to Oklahoma's parole process. |

---

[1] The discovery cutoff in this case is August 19, 2024, to allow the Parties time to "conduct remaining written discovery, remaining depositions, resolve certain discovery disputes and prepare dispositive motions before trial." June 28, 2024 Order (Dkt. 96).

| | | |
|---|---|---|
| 2 | Clint Castleberry<br>Chief Administrator of Classification and Programs, Oklahoma Department of Corrections<br>c/o Alejandra Brigida<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>405-521-3921 | Deposed. Mr. Castleberry is expected to testify as to the role and function of the Department of Corrections as it relates to Oklahoma's parole process. |
| 3 | Deborah Romine<br>Parole Process Coordinator, Oklahoma Department of Corrections<br>c/o Alejandra Brigida<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>405-521-3921 | Deposed. Ms. Romine is expected to testify as to the role and function of the Department of Corrections as it relates to Oklahoma's parole process. |
| 4 | T. Hastings Siegfried<br>Chairman, Oklahoma Board of Corrections<br>c/o Alejandra Brigida<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>405-521-3921 | Deposed. Mr. Siegfried is expected to testify as to the role and function of the Board of Corrections as it relates to Oklahoma's parole process. |
| 5 | Governor J. Kevin Stitt<br>Office of Governor J. Kevin Stitt<br>c/o Phillip G Whaley<br>Ryan Whaley Coldiron Jantzen Peters & Webber PLLC<br>400 N Walnut Ave<br>Oklahoma City, OK 73104<br>405-239-6040 | Governor Stitt is expected to testify as to the Governor's role in the Oklahoma parole process. |
| 6 | Steven Harpe<br>Director, Oklahoma Department of Corrections<br>c/o Alejandra Brigida<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>405-521-3921 | Mr. Harpe is expected to testify as to the role and function of the Department of Corrections as it relates to Oklahoma's parole process. |
| 7 | Leroy Long<br>Field Director, Oklahoma Pardon and Parole Board<br>c/o Alejandra Brigida<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>405-521-3921 | Mr. Long is expected to testify as to the training and processes by which parole investigators conduct investigations, draft investigative reports, and recommend inmates for parole. |

| 8 | Dwain Edward Thomas<br>Plaintiff<br>c/o Undersigned Counsel | Mr. Thomas is expected to testify as to his experience as an inmate in the Oklahoma Department of Corrections with the Oklahoma parole process from 2010 to the present. |
|---|---|---|
| 9 | Kelly Doyle<br>Former Member of the Oklahoma Pardon and Parole Board<br>c/o Kevin Doyle<br>PrayWalker<br>21 North Greenwood Avenue, Suite 400<br>Tulsa, OK 74120<br>918-581-5516 | Deposed.  Ms. Doyle is expected to testify as to her experiences as a member of the Pardon and Parole Board from 2019 through 2022. |
| 10 | Adam Luck<br>Former Member of the Oklahoma Pardon and Parole Board<br>1440 NW 35th Street<br>Oklahoma City, Oklahoma 73118 | Mr. Luck is expected to testify as to his experiences as a member of the Pardon and Parole Board from 2019 through 2022. |
| | Any and all witnesses listed by Defendants not specifically objected to by Plaintiff | |
| | Any and all witnesses needed to identify or authenticate any exhibits | |
| | Plaintiff reserves the right to list additional witnesses given ongoing discovery in this matter | |

Date: June 28, 2024                                         Respectfully submitted,

/s/ *Emily Merki Long*
Tracie L. Bryant (*pro hac vice*)
Emily Merki Long (*pro hac vice*)
Alyssa M. McClure (*pro hac vice*)
Caroline H. Robinson (*pro hac vice*)
Margaret R. Hagen (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5099
tracie.bryant@kirkland.com
emily.long@kirkland.com
alyssa.mcclure@kirkland.com
caroline.robinson@kirkland.com
maggie.hagen@kirkland.com

Amy E. Breihan (*pro hac vice*)
RODERICK & SOLANGE MACARTHUR JUSTICE CENTER
906 Olive Street, Suite 420
St. Louis, MO 63101
(314) 254-8540
amy.breihan@macarthurjustice.org

Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL LAW
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105
(918) 935-2777
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com

*Counsel for Plaintiff Dwain Edward Thomas*

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 28, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Oklahoma by using the CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                                */s/ Emily Merki Long*
                                                                Emily Merki Long
                                                                KIRKLAND & ELLIS LLP
                                                                1301 Pennsylvania Avenue NW
                                                                Washington, DC 20004
                                                                (202) 389-5099
                                                                emily.long@kirkland.com