# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| DWAIN EDWARD THOMAS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 20-cv-944-D |
| | ) | |
| KEVIN STITT, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## PLAINTIFF'S FINAL EXHIBIT LIST

Plaintiff Dwain Edward Thomas, by and through his undersigned counsel, and pursuant to the Court's May 3, 2024 Order (Dkt. 79) and Federal Rule of Civil Procedure 26(a)(3), hereby submits the following Plaintiff's Exhibit List.  Plaintiff Thomas reserves the right to supplement or amend his Exhibit List as discovery is ongoing.[1]

## EXHIBITS

| NO. | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Retention Schedule of Governor's Office [BS 00001-00014] |
| 2 | PPB Records Disposition Schedule [BS 00015-00019] |
| 3 | Plaintiff Dwain Thomas Parole Docket Ballot – October 2022 [BS 00020] |
| 4 | Plaintiff Dwain Thomas Investigative Report – 09/01/2022 [BS 00021-00023] |
| 5 | Plaintiff Dwain Thomas Request to Parole Investigator – 08/25/2020 [BS 00024] |
| 6 | Plaintiff Dwain Thomas Request to Parole Investigator – 3/4/2020 [BS 00025] |
| 7 | Plaintiff Dwain Thomas Request to Parole Investigator – 10/10/2019 [BS 00026] |
| 8 | Plaintiff Dwain Thomas Request to Parole Investigator – 09/08/2019 [BS 00027-00029] |
| 9 | Plaintiff Dwain Thomas Parole Docket Ballot – October 2019 [BS 00030] |
| 10 | Plaintiff Dwain Thomas Request to Parole Investigator – 10/10/2019 [BS 00031] |
| 11 | Plaintiff Dwain Thomas Parole Docket Ballot – October 2016 [BS 00032] |

---

[1]   The discovery cutoff in this case is August 19, 2024, to allow the Parties time to "conduct remaining written discovery, remaining depositions, resolve certain discovery disputes and prepare dispositive motions before trial."  June 28, 2024 Order (Dkt. 96).

| 12 | Plaintiff Dwain Thomas Investigative Report – 9/6/2016 [BS 00033-00035] |
| 13 | Plaintiff Dwain Thomas Investigative Report – 9/5/2013 [BS 00036-00038] |
| 14 | Plaintiff Dwain Thomas Parole Docket Ballot – October 2013 [BS 00039] |
| 15 | Plaintiff Dwain Thomas Investigative Report – 10/22/2010 [BS 00040-00042] |
| 16 | Plaintiff Dwain Thomas Parole Docket Ballot – October 2010 [BS 00043] |
| 17 | Notification of Parole Consideration Date [BS 00044] |
| 18 | Pardon and Parole Board Docketing Worksheet [BS 00045] |
| 19 | Pardon and Parole Board Appeal of Parole Docket Date Form [BS 00053] |
| 20 | Department of Corrections Notification of Parole Hearing Form [BS 00054] |
| 21 | Pardon and Parole Board Waiver of Parole Form [BS 00055] |
| 22 | Pardon and Parole Board Inmate Request to Parole Investigator Form [BS 00056] |
| 23 | Pardon and Parole Board Parole Consideration Form [BS 00057] |
| 24 | Pardon and Parole Board Parole Interview Questionnaire [BS 00058-64] |
| 25 | Pardon and Parole Board Form 007-A – Request for Jacket Review [BS 00065] |
| 26 | Pardon and Parole Board Employee Handbook – 2022 [BS 00066-00137] |
| 27 | Pardon and Parole Board Investigator Handbook – 2023 [BS 00138-188] |
| 28 | Pardon and Parole Board Member Orientation Binder [BS 00189-307] |
| 29 | Parole Process Procedures Training PowerPoint [BS 01137-01195] |
| 30 | March 2019 Parole Docket [BS 01197-01298] |
| 31 | April 2019 Parole Docket [BS 01299-01398] |
| 32 | December 2019 Parole Docket [BS 01399-01525] |
| 33 | May 2019 Parole Docket [BS 01526-01625] |
| 34 | June 2019 Parole Docket [BS 01626-01769] |
| 35 | July 2019 Parole Docket [BS 01770-01924] |
| 36 | September 2019 Parole Docket [BS 01925-02086] |
| 37 | October 2019 Parole Docket [BS 02087-02199] |
| 38 | November 2019 Parole Docket [BS 02200-02303] |
| 39 | January 2020 Parole Docket [BS 03241-03404] |
| 40 | February 2020 Parole Docket [BS 03405-03513] |
| 41 | March 2020 Parole Docket [BS 03514-03631] |
| 42 | April 2020 Parole Docket [BS 03157-03240] |
| 43 | May 2020 Parole Docket [BS 03632-03732] |
| 44 | June 2020 Parole Docket [BS 02672-02800] |
| 45 | July 2020 Parole Docket [BS 02540-02671] |
| 46 | August 2020 Parole Docket [BS 02304-02431] |
| 47 | September 2020 Parole Docket [BS 03011-03156] |
| 48 | October 2020 Parole Docket [BS 02921-03010] |
| 49 | November 2020 Parole Docket [BS 02801-02920] |
| 50 | December 2020 Parole Docket [BS 02432-02539] |
| 51 | January 2021 Parole Docket [BS 04179-04311] |
| 52 | February 2021 Parole Docket [BS 04053-04178] |
| 53 | March 2021 Parole Docket [BS 04578-04830] |
| 54 | April 2021 Parole Docket [BS 03733-03839] |
| 55 | May 2021 Parole Docket [BS 04831-04929] |
| 56 | June 2021 Parole Docket [BS 04436-04577] |

| 57 | July 2021 Parole Docket [BS 04312-04435] |
| 58 | August 2021 Parole Docket [BS 03840-03932] |
| 59 | September 2021 Parole Docket [BS 05169-05301] |
| 60 | October 2021 Parole Docket [BS 05040-05168] |
| 61 | November 2021 Parole Docket [BS 04930-05039] |
| 62 | December 2021 Parole Docket [BS 03933-04052] |
| 63 | January 2022 Parole Docket [BS 05763-05866] |
| 64 | February 2022 Parole Docket [BS 05640-05762] |
| 65 | March 2022 Parole Docket [BS 06088-06186] |
| 66 | April 2022 Parole Docket [BS 05302-05389] |
| 67 | May 2022 Parole Docket [BS 06187-06296] |
| 68 | June 2022 Parole Docket [BS 05985-06087] |
| 69 | July 2022 Parole Docket [BS 05867-05984] |
| 70 | August 2022 Parole Docket [BS 05390-05505] |
| 71 | September 2022 Parole Docket [BS 06539-06655] |
| 72 | October 2022 Parole Docket [BS 06419-06538] |
| 73 | November 2022 Parole Docket [BS 06297-06418] |
| 74 | December 2022 Parole Docket [BS 05506-05639] |
| 75 | January 2023 Parole Docket [BS 07175-07315] |
| 76 | February 2023 Parole Docket [BS 07049-07174] |
| 77 | March 2023 Parole Docket [BS 07592-07720] |
| 78 | April 2023 Parole Docket [BS 06656-06775] |
| 79 | May 2023 Parole Docket [BS 07721-07866] |
| 80 | June 2023 Parole Docket [BS 07456-07591] |
| 81 | July 2023 Parole Docket [BS 07316-07455] |
| 82 | August 2023 Parole Docket [BS 06776-06918] |
| 83 | September 2023 Parole Docket [BS 08109-08251] |
| 84 | October 2023 Parole Docket [BS 07985-08108] |
| 85 | November 2023 Parole Docket [BS 07867-07984] |
| 86 | December 2023 Parole Docket [BS 06919-07048] |
| 87 | January 2024 Parole Docket [BS 08252-08395] |
| 88 | June 2018 Parole Ballots [BS 08412-08687] |
| 89 | July 2018 Parole Ballots [BS 08688-08888] |
| 90 | August 2018 Parole Ballots [BS 08889-09176] |
| 91 | September 2018 Parole Ballots [BS 09177-09428] |
| 92 | October 2018 Parole Ballots [BS 09429-09700] |
| 93 | November 2018 Parole Ballots [BS 09701-09987] |
| 94 | December 2018 Parole Ballots [BS 09988-10276] |
| 95 | January 2019 Parole Ballots [BS 20885-21088] |
| 96 | February 2019 Parole Ballots [BS 21089-21281] |
| 97 | March 2019 Parole Ballots [BS 21282-21481] |
| 98 | April 2019 Parole Ballots [BS 21482-21671] |
| 99 | May 2019 Parole Ballots [BS 21672-21870] |
| 100 | June 2019 Parole Ballots [BS 21871-22140] |
| 101 | July 2019 Parole Ballots [BS 22141-22325] |

| 102 | August 2019 Parole Ballots [BS 22326-22606] |
|-----|---------------------------------------------|
| 103 | September 2019 Parole Ballots [BS 22607-22923] |
| 104 | October 2019 Parole Ballots [BS 22924-23141] |
| 105 | November 2019 Parole Ballots [BS 10277-10483] |
| 106 | December 2019 Parole Ballots [BS 23142-23384] |
| 107 | January 2020 Parole Ballots [BS 10484-10809] |
| 108 | February 2020 Parole Ballots [BS 10810-11026] |
| 109 | March 2020 Parole Ballots [BS 11027-11258] |
| 110 | April 2020 Parole Ballots [BS 11259-11425] |
| 111 | May 2020 Parole Ballots [BS 11426-11625] |
| 112 | September 2020 Parole Ballots [BS 11626-11915] |
| 113 | October 2020 Parole Ballots [BS 11916-12091] |
| 114 | November 2020 Parole Ballots [BS 12092-12327] |
| 115 | December 2020 Parole Docket [BS 12328-12541] |
| 116 | January 2021 Parole Ballots Pt 1 [BS 12542-12604] |
| 117 | January 2021 Parole Ballots Pt 2 [BS 12605-12662] |
| 118 | January 2021 Parole Ballots Pt 3 [BS 12663-12759] |
| 119 | February 2021 Parole Ballots [BS 12760-13004] |
| 120 | March 2021 Parole Ballots Pt 1 [BS 13005-13289] |
| 121 | March 2021 Parole Ballots Pt 2 [BS 13290-13501] |
| 122 | April 2021 Parole Ballots [BS 13502-13714] |
| 123 | May 2021 Parole Ballots [BS 13715-13909] |
| 124 | June 2021 Parole Ballots [BS 13910-14188] |
| 125 | July 2021 Parole Ballots [BS 14189-14434] |
| 126 | August 2021 Parole Ballots [BS 14435-14617] |
| 127 | September 2021 Parole Ballots [BS 14618-14885] |
| 128 | October 2021 Parole Ballots [BS 14886-15138] |
| 129 | November 2021 Parole Ballots [BS 15139-15351] |
| 130 | December 2021 Parole Ballots [BS 15352-15585] |
| 131 | January 2022 Parole Ballots [BS 15586-15792] |
| 132 | February 2022 Parole Ballots [BS 15793-16033] |
| 133 | March 2022 Parole Ballots [BS 16034-16229] |
| 134 | April 2022 Parole Ballots [BS 16230-16404] |
| 135 | May 2022 Parole Ballots [BS 16405-16622] |
| 136 | June 2022 Parole Ballots [BS 16623-16824] |
| 137 | July 2022 Parole Ballots [BS 16825-17057] |
| 138 | August 2022 Parole Ballots [BS 17058-17285] |
| 139 | September 2022 Parole Ballots [BS 17286-17518] |
| 140 | October 2022 Parole Ballots [BS 17519-17756] |
| 141 | November 2022 Parole Ballots [BS 17757-17997] |
| 142 | December 2022 Parole Ballots [BS 17998-18258] |
| 143 | January 2023 Parole Ballots [BS 18259-18536] |
| 144 | February 2023 Parole Ballots [BS 18537-18786] |
| 145 | March 2023 Parole Ballots [BS 18787-19043] |
| 146 | April 2023 Parole Ballots [BS 19044 -19283] |

| | |
|---|---|
| 147 | May 2023 Parole Ballots [BS 19284-19573] |
| 148 | June 2023 Parole Ballots [BS 19574-19842] |
| 149 | July 2023 Parole Ballots [BS 19843-20118] |
| 150 | August 2023 Parole Ballots [BS 20119-20401] |
| 151 | October 2023 Parole Ballots [BS 20402-20647] |
| 152 | November 2023 Parole Ballots [BS 20648-20883] |
| 153 | December 2023 Parole Ballots [BS 20884-21142] |
| 154 | Plaintiff Thomas Notification of Parole Hearing Date [BS 23385] |
| 155 | October 2019 Parole and Business Meeting Minutes [BS 23386-23392] |
| 156 | Resignation Correspondence from Adam Luck and Kelly Doyle to Governor Stitt [STITT_00001-00006] |
| 157 | Pardon and Parole Board Policy 101 – Duties and Responsibilities of the Pardon and Parole Board |
| 158 | Pardon and Parole Board Policy 102 – Duties, Responsibilities, and Code of Conduct |
| 159 | Department of Corrections Policies and Procedures Section 01 – Organization |
| 160 | Department of Corrections Policies and Procedures Section 02 – Information Management |
| 161 | Department of Corrections Policies and Procedures Section 06 – Classification and Case Management |
| 162 | Department of Corrections Policies and Procedures Section 09 – Programs |
| 163 | Plaintiff Thomas's Complaint (Dkt. 1) |
| 164 | Defendant Stitt's Responses to Pl.'s First Set of Interrogatories – 2/21/2024 |
| 165 | Verification Stitt TSP – 3/11/2024 |
| 166 | Defendant Stitt's Responses to Pl.'s Second Set of Interrogatories and Verification – 6/17/2024 |
| 167 | Defendant Stitt's Responses to Pl.'s 6/20/2024 First Set of Requests for Admission and Verification (forthcoming) |
| 168 | Any responses by Defendant Stitt to forthcoming discovery served by Plaintiff during the discovery period. |
| 169 | Defendant Bates's Responses to Pl.'s First Set of Interrogatories – 2/21/2024 |
| 170 | Verification PPB – 3/12/2024 |
| 171 | Defendant Bates's Supplemental Responses to Pl.'s First Set of Interrogatories – 5/15/2024 |
| 172 | Verification of Defendant Bates's Supplemental Responses to Pl.'s First Set of Interrogatories – 5/14/2024 |
| 173 | Defendant Bates's Responses to Pl.'s Second Set of Interrogatories and Verification – 6/20/2024 |
| 174 | Defendant Bates's Responses to Pl.'s 6/20/2024 First Set of Requests for Admission and Verification (forthcoming) |
| 175 | Any responses by Defendant Bates to forthcoming discovery served by Plaintiff during the discovery period. |
| 176 | Defendant Harpe's Responses to Pl.'s First Set of Interrogatories – 2/21/2024 |
| 177 | Verification DOC – 3/12/2024 |
| 178 | Defendant Harpe's Supplemental Responses to Pl.'s First Set of Interrogatories – 5/30/2024 |

| 179 | Verification Defendant Harpe's Supplemental Responses to Pl.'s First Set of Interrogatories – 5/29/2024 |
|---|---|
| 180 | Defendant Harpe's Responses to Pl.'s Second Set of Interrogatories – 6/26/2024 |
| 181 | Verification of Defendant Harpe's Responses to Pl.'s Second Set of Interrogatories (not yet received) |
| 182 | Defendant Harpe's Responses to Pl.'s 6/20/2024 First Set of Requests for Admission and Verification (forthcoming) |
| 183 | Any responses by Defendant Harpe to forthcoming discovery served by Plaintiff during the discovery period. |
| 184 | Defendant Siegfried's Responses to Pl.'s First Set of Interrogatories – 2/21/2024 |
| 185 | Verification BOC – 3/12/2024 |
| 186 | Defendant Siegfried's Supplemental Responses to Pl.'s First Set of Interrogatories – 6/3/2024 |
| 187 | OBOC Verification – 6/3/2024 |
| 188 | Any responses by Defendant Siegfried to forthcoming discovery served by Plaintiff during the discovery period. |
|  | All policies, laws, and regulations relevant to the Oklahoma parole process not specifically enumerated elsewhere on Plaintiff's exhibit list. |
|  | Plaintiff's Deposition Exhibits 1-38 and any exhibits introduced by Plaintiff in depositions that have not yet occurred. |
|  | All deposition transcripts and/or video depositions and all exhibits attached thereto, for purposes impeachment and/or refreshing recollection. |
|  | All documents produced by any Defendant in discovery not objected to by Plaintiff. |
|  | All exhibits listed or identified by any Defendant and not objected to by Plaintiff. |
|  | Demonstrative exhibits, visual aids, charts, graphs, photographs, diagrams, enlargements and/or summaries prepared by Plaintiff, if any. |
|  | Any and all exhibits for impeachment and/or rebuttal. |
|  | Plaintiff reserves the right to list additional exhibits identified in or necessitated by subsequent discovery or depositions. |

Date:  June 28, 2024                              Respectfully submitted,

*/s/ Emily Merki Long*
Tracie L. Bryant (*pro hac vice*)
Emily Merki Long (*pro hac vice*)
Alyssa M. McClure (*pro hac vice*)
Caroline H. Robinson (*pro hac vice*)
Margaret R. Hagen (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5099
tracie.bryant@kirkland.com
emily.long@kirkland.com
alyssa.mcclure@kirkland.com
caroline.robinson@kirkland.com
maggie.hagen@kirkland.com

Amy E. Breihan (*pro hac vice*)
RODERICK & SOLANGE MACARTHUR
JUSTICE CENTER
906 Olive Street, Suite 420
St. Louis, MO 63101
(314) 254-8540
amy.breihan@macarthurjustice.org

Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL LAW
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105
(918) 935-2777
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com

*Counsel for Plaintiff Dwain Edward Thomas*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Oklahoma by using the CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Emily Merki Long*
Emily Merki Long
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5099
emily.long@kirkland.com