# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| DWAIN EDWARD THOMAS, | |
| Plaintiff, | |
| v. | **Case No.: 20-cv-944-D** |
| KEVIN STITT, *et al,* | |
| Defendants. | |

## DEFENDANTS' OBJECTIONS TO
## PLAINTIFFS' FINAL EXHIBIT LIST

Defendants Tom Bates, T. Hastings Siegfried, and Steven Harpe submit the following objections to Plaintiffs' Final Exhibit List [Doc. 98] in accordance with the Court's Scheduling Order. [Docs. 70, 79].[1]

### EXHIBITS

| NO. | DOCUMENT | OBJECTION |
|:---:|---|---|
| 1. | Retention Schedule of governor's Office (BS 00001-000014) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 2. | PPB Records Disposition Schedule (BS 00015-00019) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 3. | Plaintiff Dwain Thomas Parole Docket Ballot – October 2022 (BS 00020) | |

[1] The original Court's Scheduling Order [Doc. 70] stated that the listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Plaintiff did not comply with such requirements in their Final Exhibit List [Doc. 98].

| | | |
|---|---|---|
| 4. | Plaintiff Dwain Thomas Investigative Report – 09/01/2022 (BS 00021-00023) | |
| 5. | Plaintiff Dwain Thomas Request to Parole Investigator – 08/25/2020 (BS 00024) | |
| 6. | Plaintiff Dwain Thomas Request to Parole Investigator – 03/04/2020 (BS 00025) | |
| 7. | Plaintiff Dwain Thomas Request to Parole Investigator – 10/10/2019 (BS 00026) | |
| 8. | Plaintiff Dwain Thomas Request to Parole Investigator – 09/08/2019 (BS 00027-00029) | |
| 9. | Plaintiff Dwain Thomas Parole Docket Ballot – October 2019 (BS 00030) | |
| 10. | Plaintiff Dwain Thomas Request to Parole Investigator – 10/10/2019 (BS 00031) | |
| 11. | Plaintiff Dwain Thomas Docket Ballot – October 2016 (BS 00032) | |
| 12. | Plaintiff Dwain Thomas Investigative Report – 9/6/2016 (BS 00033-00035) | |
| 13. | Plaintiff Dwain Thomas Investigative Report – 9/5/2013 (BS 00036-00038) | |
| 14. | Plaintiff Dwain Thomas Parole Docket Ballot – October 2013 (BS 00039) | |
| 15. | Plaintiff Dwain Thomas Investigative Report – 10/22/2010 (BS 00040-00042) | |
| 16. | Plaintiff Dwain Thomas Parole Docket Ballot – October 2010 (BS 00043) | |
| 17. | Notification of Parole Consideration Date (BS 00044) | |

| 18. | Pardon and Parole Board Docketing Worksheet (BS 00045) | |
|---|---|---|
| 19. | Pardon and Parole Board Appeal of Parole Docket Date Form (BS 00053) | |
| 20. | Department of Corrections Notification of Parole Hearing Form (BS 00054) | |
| 21. | Pardon and Parole Board Waiver of Parole Form (BS 00055) | |
| 22. | Pardon and Parole Board Inmate Request to Parole Investigator Form (BS 00056) | |
| 23. | Pardon and Parole Board Parole Consideration Form (BS 00057) | |
| 24. | Pardon and Parole Board Parole Interview Questionnaire (BS 00058-64) | |
| 25. | Pardon and Parole Board Form 007-A – Request for Jacket Review (BS 00065) | |
| 26. | Pardon and Parole Board Employee Handbook – 2022 (BS 00066-00137) | |
| 27. | Pardon and Parole Board Investigators Handbook – 2023 (BS 00138-188) | |
| 28. | Pardon and Parole Board Member Orientation Binder (BS 00189-307) | |
| 29. | Parole Process Procedures Training PowerPoint (BS 01137-01195) | |
| 30. | March 2019 Parole Docket (BS 01197-01298) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 31. | April 2019 Parole Docket (BS 01299-01398) | Irrelevant, confusion of issues, waste of |

| | | |
|---|---|---|
| | | time. Fed. R. Evid. 401-403. |
| 32. | December 2019 Parole docket (BS 01399-01525) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 33. | May 2019 Parole Docket (BS 01526-01625) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 34. | June 2019 Parole Docket (BS 01626-01769) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 35. | July 2019 Parole Docket (BS 01770-01924) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 36. | September 2019 Parole Docket (BS 01925-02086) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 37. | October 2019 Parole Docket (BS 02087-02199) | |
| 38. | November 2019 Parole Docket (BS 02200-02303) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 39. | January 2020 Parole Docket (BS 03241-03404) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 40. | February 2020 Parole Docket (BS 03405-03513) | Irrelevant, confusion of issues, waste of |

|  |  | time. Fed. R. Evid. 401-403. |
|------|--------------------------------------------------|-----------------------------------------------------------|
| 41. | March 2020 Parole Docket (BS 03514-03631) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 42. | April 2020 Parole Docket (BS 03157-03240) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 43. | May 2020 Parole Docket (BS 03632-03732) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 44. | June 2020 Parole Docket (BS 02672-02800) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 45. | July 2020 Parole Docket (BS 02540-02671) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 46. | August 2020 Parole Docket (BS 02304-02431) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 47. | September 2020 Parole Docket (BS 03011-03156) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 48. | October 2020 Parole Docket (BS 02921-03010) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |

| 49. | November 2020 Parole Docket (BS 02801-02920) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
|-----|-----|-----|
| 50. | December 2020 Parole Docket (BS 02432-02539) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 51. | January 2021 Parole Docket (BS 04179-04311) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 52. | February 2021 Parole Docket (BS 04053-04178) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 53. | March 2021 Parole Docket (BS 04578-04830) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 54. | April 2021 Parole Docket (BS 03733-03839) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 55. | May 2021 Parole Docket (BS 04831-04929) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 56. | June 2021 Parole Docket (BS 04436-04577) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 57. | July 2021 Parole Docket (BS 04312-04435) | Irrelevant, confusion of issues, waste of |

| | | time. Fed. R. Evid. 401-403. |
|---|---|---|
| 58. | August 2021 Parole Docket (BS 03840-03932) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 59. | September 2021 Parole Docket (BS 05169-05301) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 60. | October 2021 Parole Docket (BS 05040-05168) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 61. | November 2021 Parole Docket (BS 04930-05039) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 62. | December 2021 Parole Docket (BS 3933-04052) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 63. | January 2022 Parole Docket (BS 05763-05866) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 64. | February 2022 Parole Docket (BS 05640-05762) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 65. | March 2022 Parole Docket (BS 06088-06186) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |

| 66. | April 2022 Parole Docket (BS 05302-05389) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
|---|---|---|
| 67. | May 2022 Parole Docket (BS 06187-06296) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 68. | June 2022 Parole Docket (BS 05985-0687) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 69. | July 2022 Parole Docket (BS 05867-05984) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 70. | August 2022 Parole Docket (BS 05390-05505) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 71. | September 2022 Parole Docket (BS 06539-06655) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 72. | October 2022 Parole Docket (BS 06419-06538) | |
| 73. | November 2022 Parole Docket (BS 06297-06418) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403.. |
| 74. | December 2022 Parole Docket (BS 05506-05639) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |

| 75. | January 2023 Parole Docket (BS 07175-07135) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
|---|---|---|
| 76. | February 2023 Parole Docket (BS 07049-07174) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 77. | March 2023 Parole Docket (BS 07592-07720) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 78. | April 2023 Parole Docket (BS 06656-06775) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 79. | May 2023 Parole Docket (BS 07721-07866) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 80. | June 2023 Parole Docket (BS 07456-07591) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 81. | July 2023 Parole Docket (BS 07316-07455) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 82. | August 2023 Parole Docket (BS 06776-06918) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 83. | September 2023 Parole Docket (BS 08109-08251) | Irrelevant, confusion of issues, waste of |

| | | |
|---|---|---|
| | | time. Fed. R. Evid. 401-403. |
| 84. | October 2023 Parole Docket (BS 07895-08108) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 85. | November 2023 Parole Docket (BS 07876-07984) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 86. | December 2023 Parole Docket (BS 06919-07048) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 87. | January 2024 Parole Docket (BS 08252-08395) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 88. | June 2018 Parole Ballots (BS 08412-08687) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 89. | July 2018 Parole Ballots (BS 08688-08888) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 90. | August 2018 Parole Ballots (BS 08889-09176) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 91. | September 2018 Parole Ballots (BS 09177-09428) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |

| 92. | October 2018 Parole Ballots (BS 09429-09700) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
|---|---|---|
| 93. | November 2018 Parole Ballots (BS 09701-09987) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 94. | December 2018 Parole Ballots (BS 0988-10276) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 95. | January 2019 Parole Ballots (BS 20885-21088) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 96. | February 2019 Parole Ballots (BS 21089-21281) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 97. | March 2019 Parole Ballots (BS 21282-21481) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 98. | April 2019 Parole Ballots (BS 21482-21671) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 99. | May 2019 Parole Ballots (BS 21672-21870) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 100. | June 2019 Parole Ballots (BS 21871-22140) | Irrelevant, confusion of issues, waste of |

| | | |
|---|---|---|
| | | time. Fed. R. Evid. 401-403. |
| 101. | July 2019 Parole Ballots (BS 22141-22325) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 102. | August 2019 Parole Ballots (BS 22326-22606) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 103. | September 2019 Parole Ballots (BS 22607-22923) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 104. | October 2019 Parole Ballots (BS 22924-23141) | |
| 105. | November 2019 Parole Ballots (BS 10277-10483) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 106. | December 2019 Parole Ballots (BS 23142-23384) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 107. | January 2020 Parole Ballots (BS 10484-10809) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 108. | February 2020 Parole Ballots (BS 10810-11026) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 109. | March 2020 Parole Ballots (BS 11027-11258) | Irrelevant, confusion of issues, waste of |

| | | time. Fed. R. Evid. 401-403. |
|---|---|---|
| 110. | April 2020 Parole Ballots (BS 11259-11425) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 111. | May 2020 Parole Ballots (BS 11426-11625) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 112. | September 2020 Parole Ballots (BS 11626-11915) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 113. | October 2020 Parole Ballots (BS 11916-12091) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 114. | November 2020 Parole Ballots (BS 12092-12327) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 115. | December 2020 Parole Docket (BS 12328-12541) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 116. | January 2021 Parole Ballots Pt 1(BS 12542-12604) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 117. | January 2021 Parole Ballots Pt 2(BS 12605-12662) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |

| 118. | January 2021 Parole Ballots Pt 3(BS 12663-12759) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
|------|---|---|
| 119. | February 2021 Parole Ballots (BS 12760-13004) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 120. | March 2021 Parole Ballots Pt 1(BS 13005-13289) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 121. | March 2021 Parole Ballots Pt 2(BS 13290-13501 | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 122. | April 2021 Parole Ballots (BS 13502-13714) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 123. | May 2021 Parole Ballots (BS 13715-13909) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 124. | June 2021 Parole Ballots (BS 13910-14188) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 125. | July 2021 Parole Ballots (BS 14189-14434) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 126. | August 2021 Parole Ballots (BS 14435-14617) | Irrelevant, confusion of issues, waste of |

| | | |
|---|---|---|
| | | time. Fed. R. Evid. 401-403 |
| 127. | September 2021 Parole Ballots (BS 14618-14885) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 128. | October 2021 Parole Ballots (BS 14886-15138) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 129. | November 2021 Parole Ballots (BS 15139-15351) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 130. | December 2021 Parole Ballots (BS 15352-15585) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 131. | January 2022 Parole Ballots (BS 15586-15792) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 132. | February 2022 Parole Ballots (BS 15793-16033) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 133. | March 2022 Parole Ballots (BS 16034-16229) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403 |
| 134. | April 2022 Parole Ballots (BS 16230-16404) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |

| 135. | May 2022 Parole Ballots (BS 16405-16622) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
|---|---|---|
| 136. | June 2022 Parole Ballots (BS 16623-16824) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 137. | July 2022 Parole Ballots (BS 16825-17057) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 138. | August 2022 Parole Ballots (BS17058-17285) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 139. | September 2022 Parole Ballots (BS 17286-17518) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 140. | October 2022 Parole Ballots (BS 17519-17756) | |
| 141. | November 2022 Parole Ballots (BS 17757-17997) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 142. | December 2022 Parole Ballots (BS 17998-18258) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 143. | January 2023 Parole Ballots (BS 18259-18536) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |

| 144. | February 2023 Parole Ballots (BS 18537-18786) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
|---|---|---|
| 145. | March 2023 Parole Ballots (BS 18787-19043) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 146. | April 2023 Parole Ballots (BS 19044-19283) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 147. | May 2023 Parole Ballots (BS 19284-19573) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 148. | June 2023 Parole Ballots (BS 19574-19842) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 149. | July 2023 Parole Ballots (BS 19843-20118) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 150. | August 2023 Parole Ballots (BS 20119-20401) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 151. | October 2023 Parole Ballots (BS 20402-20647) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 152. | November 2023 Parole Ballots (BS 20648-20883) | Irrelevant, confusion of issues, waste of |

| | | |
|---|---|---|
| | | time. Fed. R. Evid. 401-403. |
| 153. | December 2023 Parole Ballots (BS 20884-21142) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 154. | Plaintiff Thomas Notification of Parole Hearing Date (BS 23385) | |
| 155. | October 2019 Parole and Business Meeting Minutes (BS 23386-23392) | |
| 156. | Resignation Correspondence from Adam Luck and Kelly Doyle to Governor Stitt (STTIT 00001-00006) | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 157. | Pardon and Parole Board Policy 102 – Duties and Responsibilities of the Pardon and Parole Board | |
| 158. | Pardon and Parole Board Policy 102 – Duties, Responsibilities, and Code of Conduct | |
| 159. | Department of Corrections Policies and Procedures Section 01 – Organization | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 160. | Department of Corrections Policies and Procedures Section 02 – Information Management | Irrelevant, confusion of issues, waste of time. Fed. R. Evid. 401-403. |
| 161. | Department of Corrections Policies and Procedures Section 06 – Classification and Case Management | |
| 162. | Department of Corrections Policies and Procedures Section 09 – Programs | |

| | | |
|---|---|---|
| 163. | Plaintiff Thomas's Complaint [Doc. 1] | Improper. FRE 801 - 803 |
| 164. | Defendant Stitt's Responses to Plaintiff's First Set of Interrogatories – 2/21/2024 | Not best evidence. FRE 801 - 803 |
| 165. | Verification Stitt TSP – 3/11/2024 | Relevance. |
| 166. | Defendant Stitt's Responses to Plaintiff's Second Set of Interrogatories and Verification – 6/17/2024 | Not best evidence. FRE 801 - 803 |
| 167. | Defendant's Stitt's Responses to Plaintiff's 6/20/2024 First Set of Requests for Admission and Verification (forthcoming) | Fed. R. Civ. P. do not require a party to supply a verification for responses and objections to RFA. FRE 801 - 803 |
| 168. | Any responses by Defendant Stitt to forthcoming discovery served by Plaintiff during the discovery period | Vague, improperly identified all objections reserved; not best evidence. FRE 801 - 803 |
| 169. | Defendant Bates' Responses to Plaintiff's First Set of Interrogatories – 2/21/2024 | Not best evidence. FRE 801 - 803 |
| 170. | Verification PPB – 3/12/2024 | Relevance. FRE 801 - 803 |
| 171. | Defendant Bates' Supplemental Responses to Plaintiff's First Set of Interrogatories – 5/15/2024 | Not best evidence. FRE 801 - 803 |
| 172. | Verification of Defendant Bates' Supplemental Responses to Plaintiff's First Set of Interrogatories | Relevance; not best evidence. FRE 801 - 803 |
| 173. | Defendant Bates' Responses to Plaintiff's Second Set of Interrogatories and Verification | Not best evidence. FRE 801 - 803 |
| 174. | Defendant's Bates' Responses to Plaintiff's 6/20/2024 First Set of Requests for Admissions and Verification (forthcoming) | Fed. R. Civ. P. do not require a party to supply a verification for responses and objections to RFA; |

| | | Not best evidence. FRE 801 - 803 |
|---|---|---|
| 175. | Any responses of Defendant Bates' to forthcoming discovery served by Plaintiff during the discovery period. | Not identified all objections reserved. |
| 176. | Defendant Harpe's Responses to Plaintiff's First set of Interrogatories – 2/21/2024 | Not best evidence. FRE 801 - 803 |
| 177. | Verification DOC – 3/12/2024 | Relevance. |
| 178. | Defendant Harpe's Supplemental Responses to Plaintiff's First Set of Interrogatories – 5/30/2024 | Not best evidence. FRE 801 - 803 |
| 179. | Verification Defendant Harpe's Supplemental Responses to Plaintiff's First Set of Interrogatories – 5/29/2024 | Relevance. FRE 801 - 803 |
| 180. | Defendant Harpe's Responses to Plaintiff's Second Set of Interrogatories – 6/26/2024 | Not best evidence. FRE 801 - 803 |
| 181. | Verification of Defendant Harpe's Responses to Plaintiff's Second Set of Interrogatories (not yet received) | Relevance. FRE 801 - 803 |
| 182. | Defendant Harpe's Responses to Plaintiff's 6/20/24 First Set of Requests for Admissions Verification (forthcoming) | Fed. R. Civ. P. do not require a party to supply a verification for responses and objections to RFA. FRE 801 - 803 |
| 183. | Any responses by Defendant Harpe to forthcoming discovery served by Plaintiff during the discovery period. | Not identified all objections reserved. FRE 801 - 803 |
| 184. | Defendant Siegfried's Responses to Plaintiff's First Set of Interrogatories – 2/21/2024 | Not best evidence. FRE 801 - 803 |
| 185. | Verification BOC – 3/12/2024 | Relevance. FRE 801 - 803 |

| 186. | Defendant Siegfried's Supplemental Responses to Plaintiff's First Set of Interrogatories – 6/3/2024 | Not best evidence. FRE 801 - 803 |
|---|---|---|
| 187. | OBAC Verification – 6/3/2024 | Relevance. FRE 801 - 803 |
| 188. | Any responses by Defendant Siegfried to forthcoming discovery served by Plaintiff during the discovery period. | Not identified all objections reserved. FRE 801 - 803 |
| 189. | All policies, laws, and regulations relevant to the Oklahoma parole process not specifically enumerated elsewhere on Plaintiff's exhibit list. | Vague, overly broad; not properly identified; all objections reserved |
| 190. | Plaintiff's Deposition Exhibits 1-38 and any exhibits introduced by Plaintiff in depositions that have not yet occurred. | Vague, overly broad, not properly identified or duplicative; all objections reserved. |
| 191. | All deposition transcripts and/or video depositions and all exhibits attached thereto for purposes of impeachment and/or refreshing recollection. | Fed. R. Civ. P. 401, 402, 801, 802. Fed. R. Civ. P. 32 |
| 192. | All exhibits identified by any Defendant not objected by Plaintiff. | |
| 193. | Demonstrative exhibits, visual aids, charts, graphs, photographs, diagrams, enlargements and/or summaries prepared by Plaintiff, if any. | |
| 194. | Any and all exhibits for impeachment and/or rebuttal. | |
| 195. | Plaintiff reserves the right to list additional exhibits identified in or necessitated by subsequent discovery or depositions. | |

Respectfully submitted,

 *s/Alejandra Brigida*
**ALEJANDRA BRIGIDA, OBA#35381**
**LAUREN RAY, OBA#22694**
Assistant Attorneys General Oklahoma
Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile:     (405) 521-4518
alejandra.brigida@oag.ok.gov
lauren.ray@oag.ok.gov
*Attorneys for Defendants Tom Bates, T. Hastings Siegfried, and Steven Harpe*

## CERTIFICATE OF SERVICE

I hereby certify that on 12th day of July 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via the CM/ECF System to all counsel of record who are ECF participants.

 *s/Alejandra Brigida*
Alejandra Brigida