IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-cv-944-D |
| KEVIN STITT, et al., | ) |
| Defendants. | ) |

### DEFENDANT J. KEVIN STITT'S FINAL EXHIBIT LIST

Pursuant to the Court's Order of May 3, 2024 [Doc. 79], Defendant J. Kevin Stitt herewith submits his Final Exhibit List. Because discovery is ongoing, Defendant reserves the right, as appropriate, to amend and/or supplement this listed based upon information received through discovery, subsequent disclosures, and/or as the scope of issues to be litigated and tried are clarified.

Defendant Stitt adopts and incorporates, as if fully set forth herein, the Final Exhibit List of Co-Defendants [Doc. 99], and may also use the following exhibits:

| Exhibit No. | Description | Will/May Use |
|---|---|---|
| 1 | 10/2019 Plaintiff's Letter to Pardon and Parole Board [PPB 0048-0049] | May |
| 2 | Undated Plaintiff's Letter to Pardon and Parole Board Members [PPB 0051-0052] | May |

1

*s/Phillip G. Whaley*
Phillip G. Whaley, OBA #13371
Grant M. Lucky, OBA #17398
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, OK  73104
(405) 239-6040
(405) 239-6766 FAX
pwhaley@ryanwhaley.com
glucky@ryanwhaley.com

*Attorneys for Defendant*
*J. Kevin Stitt, Governor of Oklahoma*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s/Phillip G. Whaley*
Phillip G. Whaley