IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, | ) |
|      Plaintiff, | ) ) ) |
| v. | ) ) Case No. 20-cv-944-D |
| KEVIN STITT, et al., | ) ) ) |
|      Defendants. | ) |

## DEFENDANT J. KEVIN STITT'S FINAL WITNESS LIST

Pursuant to the Court's Order of May 3, 2024 [Doc. 79], Defendant J. Kevin Stitt herewith submits his Final Witness List. Because discovery is ongoing, Defendant reserves the right, as appropriate, to amend and/or supplement this listed based upon information received through discovery, subsequent disclosures, and/or as the scope of issues to be litigated and tried are clarified.

Defendant Stitt adopts and incorporates, as if fully set forth herein, the Final Witness List of Co-Defendants [Doc. 99].

                                                  *s/Phillip G. Whaley*
                                                  Phillip G. Whaley, OBA #13371
                                                  Grant M. Lucky, OBA #17398
                                                  RYAN WHALEY
                                                  400 North Walnut Avenue
                                                  Oklahoma City, OK  73104
                                                  (405) 239-6040
                                                  (405) 239-6766 FAX
                                                  pwhaley@ryanwhaley.com
                                                  glucky@ryanwhaley.com

                                                  *Attorneys for Defendant*
                                                  *J. Kevin Stitt, Governor of Oklahoma*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s/Phillip G. Whaley*
Phillip G. Whaley