# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Dwain Edward Thomas<br><br>Plaintiff(s),<br><br>v.<br><br>Kevin Stitt, et al.<br><br>Defendant(s) | Case No. CIV-20-944-D |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Plaintiff__, __Dwain Edward Thomas__.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Annie Chiang                     7/25/2024
Signature                            Date

Annie Chiang
Print Name

Kirkland & Ellis LLP
Firm

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

1301 Pennsylvania Avenue, NW
Address

Washington, DC 20004
City          State          Zip Code

(202) 389-3310
Telephone

annie.chiang@kirkland.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on July 25, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Annie Chiang
_____
s/ Attorney Name