UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) No. 20-cv-944-D |
| KEVIN STITT, *et al.*, | ) ) ) |
| *Defendants.* | ) ) ) |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS BATES, SIEGFRIED, AND HARPE'S FINAL WITNESS AND EXHIBIT LISTS**

Plaintiff Dwain Edward Thomas, by and through his undersigned counsel, and pursuant to the Court's May 3, 2024 Order (Dkt. 79), hereby submits the following objections to Defendants Tom Bates, T. Hastings Siegfried, and Steven Harpe's Final Witness and Exhibit Lists (Dkt. 99).

**EXHIBITS**

| NO. | DOCUMENT | OBJECTION |
|---|---|---|
| 1 | Plaintiff Parole Docket Ballot – October 2022 [BS DEF PPB 00020] | No objection |
| 2 | Plaintiff Investigative Report – 09/01/2022 [BS DEF PPB 00021-00023] | No objection |
| 3 | Plaintiff Request to Parole Investigator – 08/25/2020 [BS DEF PPB 00024] | No objection |
| 4 | Plaintiff Request to Parole Investigator – 3/4/2020 [BS DEF PPB 00025] | No objection |
| 5 | Plaintiff Request to Parole Investigator – 10/10/2019 [BS DEF PPB 00026] | No objection |
| 6 | Plaintiff Request to Parole Investigator – 09/08/2019 [BS DEF PPB 00027-00029] | No objection |
| 7 | Plaintiff Parole Docket Ballot – October 2019 [BS DEF PPB 00030] | No objection |
| 8 | Plaintiff Parole Docket Ballot – October 2016 [BS DEF PPB 00032] | No objection |

| 9 | Plaintiff Investigative Report – 9/6/2016 [BS DEF PPB 00033-00035] | No objection |
|---|---|---|
| 10 | Plaintiff Investigative Report – 9/5/2013 [BS DEF PPB 00036-00038] | No objection |
| 11 | Plaintiff Parole Docket Ballot – October 2013 [BS DEF PPB 00039] | No objection |
| 12 | Plaintiff Investigative Report – 10/22/2010 [BS DEF PPB 00040-00042] | No objection |
| 13 | Plaintiff Parole Docket Ballot – October 2010 [BS DEF PPB 00043] | No objection |
| 14 | Plaintiff Notification of Parole Consideration Date [BS DEF PPB 00044] | No objection |
| 15 | Plaintiff Pardon and Parole Board Docketing Worksheet [BS PPB 00045] | No objection |
| 16 | Pardon and Parole Board Investigator Handbook – 2023 [BS DEF PPB 00138-188] | No objection |
| 17 | Victims Protest Letters Re: Plaintiff (REDACTED) [BS DEF PPB 08398-0411] | Improper Authentication (Fed. R. Evid. 901), Lack of Foundation (Fed. R. Evid. 602), Irrelevant (Fed. R. Evid. 401), Prejudicial (Fed. R. Evid. 403), Improper Character Evidence (Fed. R. Evid. 404), Hearsay (Fed. R. Evid. 802) |
| 18 | Plaintiff's ODOC Field File - Section 1: Consolidated Records Card (REDACTED) [BS DEF ODOC 308-317] | This 10-page exhibit purports to be a specific "Section" of Mr. Thomas' ODOC Field File, but the Field File was neither maintained nor produced to Plaintiff in specific enumerated sections.  It is not clear to Plaintiff that each of the various documents contained in the Field File were maintained in the ordinary course of business, as the files include various third-party statements and other documents for which Plaintiff cannot readily identify the source.  Plaintiff objects to certain of the documents contained therein as follows:<br><br>Improper Authentication (Fed. R. Evid. 901), Lack of Foundation (Fed. R. Evid. 602), Irrelevant (Fed. R. Evid. 401), Prejudicial (Fed. R. Evid. 403), Improper Character Evidence (Fed. R. Evid. 404). |

| | | |
|---|---|---|
| 19 | Plaintiff's ODOC Field File - Section 2: Judgment and Sentence Records (REDACTED) [BS DEF ODOC 318-353] | This 36-page exhibit purports to be a specific "Section" of Mr. Thomas' ODOC Field File, but the Field File was neither maintained nor produced to Plaintiff in specific enumerated sections.  It is not clear to Plaintiff that each of the various documents contained in the Field File were maintained in the ordinary course of business, as the files include various third-party statements and other documents for which Plaintiff cannot readily identify the source.  Plaintiff objects to certain of the documents contained therein as follows:<br><br>No objection as to BS DEF ODOC 318-320.<br><br>As to BS DEF ODOC 321-353:  Improper Authentication (Fed. R. Evid. 901), Lack of Foundation (Fed. R. Evid. 602), Irrelevant (Fed. R. Evid. 401), Prejudicial (Fed. R. Evid. 403), Improper Character Evidence (Fed. R. Evid. 404), Hearsay (Fed. R. Evid. 802). |
| 20 | Plaintiff's ODOC Field File - Section 3: Inmate Time Credit Reports (REDACTED) [BS DEF ODOC 354-462] | No objection |
| 21 | Plaintiff's ODOC Field File - Section 4: College Transcripts and Achievement Credits (REDACTED) [BS DEF ODOC 463-490] | No objection |
| 22 | Plaintiff's ODOC Field File - Section 5: Custody Assessment Scales and Misconduct Screening Forms (REDACTED) [BS DEF ODOC 491-581] | This 91-page exhibit purports to be a specific "Section" of Mr. Thomas' ODOC Field File, but the Field File was neither maintained nor produced to Plaintiff in specific enumerated sections.  It is not clear to Plaintiff that each of the various documents contained in the Field File were maintained in the ordinary course of business, as the files include various third-party statements and other documents for which Plaintiff cannot readily identify the source.  Plaintiff objects to certain of the documents contained therein as follows: |

| | | |
|---|---|---|
| | | No objection as to BS DEF ODOC 0548.<br><br>As to BS DEF ODOC 491-547 and BS DEF ODOC 549-581: Improper Authentication (Fed. R. Evid. 901), Lack of Foundation (Fed. R. Evid. 602), Irrelevant (Fed. R. Evid. 401), Prejudicial (Fed. R. Evid. 403), Improper Character Evidence (Fed. R. Evid. 404), Hearsay (Fed. R. Evid. 802). |
| 23 | Plaintiff's ODOC Field File- Section 6: Institution Records (REDACTED) [BS DEF ODOC 582-750] | This 169-page exhibit purports to be a specific "Section" of Mr. Thomas' ODOC Field File, but the Field File was neither maintained nor produced to Plaintiff in specific enumerated sections. It is not clear to Plaintiff that each of the various documents contained in the Field File were maintained in the ordinary course of business, as the files include various third-party statements and other documents for which Plaintiff cannot readily identify the source. Plaintiff objects to certain of the documents contained therein as follows:<br><br>No objection as to BS DEF ODOC 584-85, 636, 659, 724-742, 745-750.<br><br>As to BS DEF ODOC 582-583, 586-635, 637-658, 660-723, 743-744: Improper Authentication (Fed. R. Evid. 901), Lack of Foundation (Fed. R. Evid. 602), Irrelevant (Fed. R. Evid. 401), Prejudicial (Fed. R. Evid. 403), Improper Character Evidence (Fed. R. Evid. 404), Hearsay (Fed. R. Evid. 802). Additionally, all or a portion of each page of BS DEF ODOC 615-630 is illegible. |
| 24 | Plaintiff's ODOC Field File- Section 7: Housing Records (REDACTED) [BS DEF ODOC 751-759] | This 9-page exhibit purports to be a specific "Section" of Mr. Thomas' ODOC Field File, but the Field File was neither maintained nor produced to Plaintiff in specific enumerated sections. It is not clear to Plaintiff that each of the various documents contained in the Field File were maintained in the ordinary course of business, as the files include various third- |

| | | |
|---|---|---|
| | | party statements and other documents for which Plaintiff cannot readily identify the source. Plaintiff objects to certain of the documents contained therein as follows:<br><br>Improper Authentication (Fed. R. Evid. 901), Lack of Foundation (Fed. R. Evid. 602), Irrelevant (Fed. R. Evid. 401), Prejudicial (Fed. R. Evid. 403), Improper Character Evidence (Fed. R. Evid. 404). |
| 25 | Plaintiff's ODOC Field File- Section 8: Disciplinary Reports and Misconduct Records (REDACTED) [BS DEF ODOC 760-823] | This 64-page exhibit purports to be a specific "Section" of Mr. Thomas' ODOC Field File, but the Field File was neither maintained nor produced to Plaintiff in specific enumerated sections. It is not clear to Plaintiff that each of the various documents contained in the Field File were maintained in the ordinary course of business, as the files include various third-party statements and other documents for which Plaintiff cannot readily identify the source. Plaintiff objects to certain of the documents contained therein as follows:<br><br>Improper Authentication (Fed. R. Evid. 901), Lack of Foundation (Fed. R. Evid. 602), Irrelevant (Fed. R. Evid. 401), Prejudicial (Fed. R. Evid. 403), Improper Character Evidence (Fed. R. Evid. 404), Hearsay (Fed. R. Evid. 802). |
| 26 | Plaintiff's ODOC Field File- Section 9: Facility Records and Self Report Forms (REDACTED) [BS DEF ODOC 824-857] | This 34-page exhibit purports to be a specific "Section" of Mr. Thomas' ODOC Field File, but the Field File was neither maintained nor produced to Plaintiff in specific enumerated sections. It is not clear to Plaintiff that each of the various documents contained in the Field File were maintained in the ordinary course of business, as the files include various third-party statements and other documents for which Plaintiff cannot readily identify the source. Plaintiff objects to certain of the documents contained therein as follows:<br><br>Improper Authentication (Fed. R. Evid. 901), Lack of Foundation (Fed. R. Evid. |

| | | |
|---|---|---|
| | | 602), Irrelevant (Fed. R. Evid. 401), Prejudicial (Fed. R. Evid. 403), Improper Character Evidence (Fed. R. Evid. 404), Hearsay (Fed. R. Evid. 802). |
| 27 | Plaintiff's ODOC Field File- Section 10: Custody Assessment Scales and Misconduct Screening Forms (REDACTED) [BS DEF ODOC 858-959] | This 102-page exhibit purports to be a specific "Section" of Mr. Thomas' ODOC Field File, but the Field File was neither maintained nor produced to Plaintiff in specific enumerated sections. It is not clear to Plaintiff that each of the various documents contained in the Field File were maintained in the ordinary course of business, as the files include various third-party statements and other documents for which Plaintiff cannot readily identify the source. Plaintiff objects to certain of the documents contained therein as follows:<br><br>No objection as to BS DEF ODOC 862-864, 889-894, 926-928, 943-945.<br><br>As to BS DEF ODOC 858-861, 865-888, 895-925, 929-942, 946-959: Improper Authentication (Fed. R. Evid. 901), Lack of Foundation (Fed. R. Evid. 602), Irrelevant (Fed. R. Evid. 401), Prejudicial (Fed. R. Evid. 403), Improper Character Evidence (Fed. R. Evid. 404), Hearsay (Fed. R. Evid. 802), Incomplete (Fed. R. Evid. 106). |
| 28 | Plaintiff's ODOC Field File- Section 11: Offender Lookup (REDACTED) [BS DEF ODOC 960-990] | This 31-page exhibit purports to be a specific "Section" of Mr. Thomas' ODOC Field File, but the Field File was neither maintained nor produced to Plaintiff in specific enumerated sections. It is not clear to Plaintiff that each of the various documents contained in the Field File were maintained in the ordinary course of business, as the files include various third-party statements and other documents for which Plaintiff cannot readily identify the source. Plaintiff objects to certain of the documents contained therein as follows:<br><br>No objection as to BS DEF ODOC 970-71, 973. |

| | | |
|---|---|---|
| | | As to BS DEF ODOC 960-969, 972, 974-990: Improper Authentication (Fed. R. Evid. 901), Lack of Foundation (Fed. R. Evid. 602), Prejudicial (Fed. R. Evid. 403), Irrelevant (Fed. R. Evid. 401), Improper Character Evidence (Fed. R. Evid. 404), Hearsay (Fed. R. Evid. 802). |
| 29 | Plaintiff's ODOC Field File- Section 12: Adjustment Review and Offender Records (REDACTED) [BS DEF ODOC 991-1136] | This 146-page exhibit purports to be a specific "Section" of Mr. Thomas' ODOC Field File, but the Field File was neither maintained nor produced to Plaintiff in specific enumerated sections. It is not clear to Plaintiff that each of the various documents contained in the Field File were maintained in the ordinary course of business, as the files include various third-party statements and other documents for which Plaintiff cannot readily identify the source. Plaintiff objects to certain of the documents contained therein as follows:<br><br>No objection as to BS DEF ODOC 1019-1021, 1024-1031, 1034, 1053, 1064-65, 1072, 1079-1080, 1105-1110.<br><br>As to BS DEF ODOC 991-1018, 1022-1023, 1032-1033, 1035-1052, 1054-1063, 1066-1071, 1073-1078, 1081-1104, 1111-1136: Improper Authentication (Fed. R. Evid. 901), Lack of Foundation (Fed. R. Evid. 602), Irrelevant (Fed. R. Evid. 401), Prejudicial (Fed. R. Evid. 403), Improper Character Evidence (Fed. R. Evid. 404), Hearsay (Fed. R. Evid. 802). |
| 30 | Plaintiff Dwain Thomas Notification of Parole Hearing Date [BS DEF ODOC 23385] | No objection |
| 31 | Affidavit of Mark Knutson [Dkt. 36-15, pg. 2] | Improper Authentication (Fed. R. Evid. 901), Lack of Foundation (Fed. R. Evid. 602), Irrelevant (Fed. R. Evid. 401), Prejudicial (Fed. R. Evid. 403), Hearsay (Fed. R. Evid. 802) |
| 32 | Investigation Report [Dkt. 36, pgs. 3-9] | Improper Authentication (Fed. R. Evid. 901); Irrelevant (Fed. R. Evid. 401), Prejudicial (Fed. R. Evid. 403), Improper Character Evidence (Fed. R. Evid. 404), |

| | | |
|---|---|---|
| | | Hearsay (Fed. R. Evid. 802), Not Best Evidence (Fed. R. Evid. 1002) |
| 33 | Pardon and Parole Board Appeal of Parole Docket Date Form [BS DEF PPB 00053] | No objection |
| 34 | Notification of Parole Hearing Date Form [BS DEF PPB 00054] | No objection |
| 35 | Waiver of Parole Form [BS DEF PPB 00055] | No objection |
| 36 | Inmate Request to Parole Investigator Form [BS DEF PPB 00056] | No objection |
| 37 | Parole Consideration Form [BS DEF PPB 00057] | No objection |
| 38 | Parole Interview Questionnaire [BS DEF PPB 00058-64] | No objection |
| 39 | Pardon and Parole Board Form 007-A – Request for Jacket Review [BS DEF PPB 00065] | No objection |
| 40 | Pardon and Parole Board Employee Handbook – 2022 [BS DEF PPB 00066-00137] | No objection |
| 41 | Parole Process Procedures Training PowerPoint [BS DEF PPB 01137-01195] | Objection as to incorrect Bates Stamp; the correct Bates stamp is: BS DEF ODOC 01137-01195.<br><br>Otherwise, no objection. |
| 42 | October 2019 Parole and Business Meeting Minutes [BS DEF PPB 23386-23392] | No objection |
| 43 | Department of Corrections Policies and Procedures Section 06 – Classification and Case Management | No objection |
| 44 | Department of Corrections Policies and Procedures Section 09 – Programs | No objection |
| 45 | Pardon and Parole Board Policy 101 – Duties and Responsibilities of the Pardon and Parole Board | No objection |
| 46 | Pardon and Parole Board Policy 102 – Duties, Responsibilities, and Code of Conduct | No objection |
| | Any and all exhibits for impeachment and/or rebuttal. | Objections reserved until properly identified/specified |
| | All documents produced by Plaintiff in discovery not objected to by Defendants. | Objections reserved until properly identified/specified |

8

| | All exhibits listed or identified by Plaintiff and not objected to by Defendants. | Objections reserved until properly identified/specified |
|---|---|---|
| | Defendants reserve the right to list additional exhibits identified in or necessitated by subsequent discovery or depositions. | Objections reserved until properly identified/specified |

Date: July 26, 2024

Respectfully submitted,

*/s/ Emily Merki Long*
Tracie L. Bryant (*pro hac vice*)
Emily Merki Long (*pro hac vice*)
Alyssa M. McClure (*pro hac vice*)
Caroline H. Robinson (*pro hac vice*)
Margaret R. Hagen (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5099
tracie.bryant@kirkland.com
emily.long@kirkland.com
alyssa.mcclure@kirkland.com
caroline.robinson@kirkland.com
maggie.hagen@kirkland.com

Amy E. Breihan (*pro hac vice*)
RODERICK & SOLANGE MACARTHUR JUSTICE CENTER
906 Olive Street, Suite 420
St. Louis, MO 63101
(314) 254-8540
amy.breihan@macarthurjustice.org

Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL LAW
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105
(918) 935-2777
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com

*Counsel for Plaintiff Dwain Edward Thomas*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Oklahoma by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Emily Merki Long*
Emily Merki Long
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5099
emily.long@kirkland.com
