UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) No. 20-cv-944-D ) |
| KEVIN STITT, *et al.*, | ) ) |
| *Defendants.* | ) ) ) |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT STITT'S FINAL EXHIBIT LIST**

Plaintiff Dwain Edward Thomas, by and through his undersigned counsel, and pursuant to the Court's May 3, 2024 Order (Dkt. 79), hereby submits the following objections to Defendant Kevin Stitt's Final Exhibit List (Dkt. 101). Plaintiff Thomas adopts and incorporates, as if fully set forth herein, Plaintiff's Objections to Defendants Bates, Siegfried, and Harpe's Final Witness and Exhibit Lists (Dkt. 107).[1]

**EXHIBITS**

| NO. | DOCUMENT | OBJECTION |
|---|---|---|
| 1 | 10/2019 Plaintiff's Letter to Pardon and Parole Board [PPB 0048-0049] | Irrelevant (Fed. R. Evid. 401), Incomplete (Fed. R. Evid. 106). |
| 2 | Undated Plaintiff's Letter to Pardon and Parole Board [PPB 0051-0052] | Irrelevant (Fed. R. Evid. 401). |

---

[1] Defendant Stitt "adopts and incorporates, as if fully set forth herein, the Final Exhibit List of Co-Defendants [Doc. 99]." Dkt. 101.

Date: July 26, 2024

Respectfully submitted,

*/s/ Emily Merki Long*
Tracie L. Bryant (*pro hac vice*)
Emily Merki Long (*pro hac vice*)
Alyssa M. McClure (*pro hac vice*)
Caroline H. Robinson (*pro hac vice*)
Margaret R. Hagen (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5099
tracie.bryant@kirkland.com
emily.long@kirkland.com
alyssa.mcclure@kirkland.com
caroline.robinson@kirkland.com
maggie.hagen@kirkland.com

Amy E. Breihan (*pro hac vice*)
RODERICK & SOLANGE MACARTHUR JUSTICE CENTER
906 Olive Street, Suite 420
St. Louis, MO 63101
(314) 254-8540
amy.breihan@macarthurjustice.org

Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL LAW
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105
(918) 935-2777
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com

*Counsel for Plaintiff Dwain Edward Thomas*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Oklahoma by using the CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Emily Merki Long*
Emily Merki Long
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5099
emily.long@kirkland.com