IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-20-944-D |
| KEVIN STITT, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Motion for Admission Pro Hac Vice [Doc. No. 109], filed by J. Spencer Bryan, requesting the admission of Michael Pronin *pro hac vice*. Upon consideration, the motion is **GRANTED**, provided counsel files an entry of appearance consistent with LCvR 83.4.[1]

**IT IS SO ORDERED** this 5th day of August, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] *See* https://www.okwd.uscourts.gov/wp-content/uploads/PDF_A-OKWD_Admitted_Attorneys_Electronic_Filing_Registration.pdf for guidance on linking counsel's individual Pacer account with the Court.