IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-944-D |
| ) | |
| KEVIN STITT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the Court is the parties' Joint Motion for Extension of Deadlines [Doc. No. 112]. The parties request an extension of the discovery deadline by eleven (11) days to August 30, 2024. *Id.* at 1. The parties represent that they have engaged in written discovery and conducted a number of depositions to date, but need a brief extension to complete outstanding written discovery. *Id.* at 2, ¶ 3. The parties also seek to extend the dispositive motion deadline to August 30, 2024 as well so motions for summary judgment can reflect forthcoming discovery responses. *Id.* Upon consideration, the motion is **GRANTED**. The unexpired scheduling order deadlines are amended as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Discovery to be completed: | August 19, 2024 | August 30, 2024 |
| All dispositive and *Daubert* motions to be filed by: | August 19, 2024 | August 30, 2024 |

All other provisions of the original Scheduling Order [Doc. No. 70], as amended by the Court's May 3, 2024 Order [Doc. No. 79] and the Court's June 28, 2024 Order [Doc. No. 96] remain in effect.[1]

**IT IS SO ORDERED** this 16th day of August, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] If dispositive motions are filed, the trial setting will change. The parties may also move to stay unexpired scheduling order deadlines pending the Court's ruling on dispositive motions. Absent such a motion, all deadlines will remain in full force and effect.