1

1

2          UNITED STATES DISTRICT COURT

3       FOR THE WESTERN DISTRICT OF OKLAHOMA

4   -------------------------------X
    DWAIN EDWARD THOMAS,
5
                        Plaintiff,
6
              VS.           Case No. CIV-20-944-D
7
    KEVIN STITT, et al.,
8
                        Defendants.
9   -------------------------------X

10

11

12

13       REMOTE VIDEOTAPED DEPOSITION

14                 OF

15            THOMAS BATES

16         Friday, May 31, 2024

17

18

19

20

21            Reported by:
         AYLETTE GONZALEZ, RPR, CLR, CCR
22            JOB NO. 2024-942753

23

24

25

**EXHIBIT 10**

```
1              THOMAS BATES (5/31/2024)

2   parole process?

3         A.    In the parole process for

4   violent offenses, the governor reviews the

5   recommendations of the board and then makes

6   the final determination.  If -- yeah,

7   that's the governor's role.

8         Q.    So the governor's role is

9   limited to violent offenders?

10        A.    Yes.

11        Q.    When PPB communicates the

12  recommendations, what method are they

13  communicated in?  Is it an electronic

14  system?  Are they mailed?  Is there an

15  email that gets sent out?  How are they

16  communicated?

17        A.    Yeah.  I mean all those results

18  are, you know, at the conclusion of every

19  meeting sent, sent over via -- via email to

20  representatives within the -- to folks on

21  the governor's staff and with all the

22  supporting documentation, things like that,

23  and they review it.

24        Q.    When you say that supporting

25  documentation is sent along with the
```

1          THOMAS BATES (5/31/2024)

2   recommendation, does that include every --

3   is it a fulsome set of all of the

4   documentation that the Pardon and Parole

5   Board itself reviewed in making the

6   recommendation?

7          A.    Yeah, it's the support letters.

8   It's the -- it's any letters, any letters

9   objecting to the parole, any letters

10  supporting the parole, whether they be from

11  members of the community, the district

12  attorney, or the victims.

13         Q.    Does the report that's prepared

14  for the board members' consideration get

15  sent to the governor's office?

16         A.    You know, I'd have to -- I'd

17  have to double-check that.  I don't -- I

18  mean I can find that out.  I mean, this is

19  -- this is a -- I'm going to say this

20  process is a little -- you know, there are

21  -- there are a lot of details in the

22  mechanics of this that I don't -- I'm not

23  going to say that I -- you know, that I

24  rely on our staff to handle.  And so our

25  general counsel is on.

56

1          THOMAS BATES (5/31/2024)

2    uploaded to the file?

3          A.   Yes, but I mean things occur.

4    I mean, we -- we have rules and policies,

5    but we try not to be rigid in the

6    enforcement of those policies, especially

7    when we're dealing with members of the

8    public.  People that want to, we -- you

9    know, we accept support letters and

10   objection letters after the deadline and we

11   forward those on to -- to the board

12   members.

13         Q.   So even if those letters arrive

14   after the posted deadline, is the set of

15   materials that PPB is reviewing in order to

16   vote complete once those have been added in

17   regardless of when that time is?

18         A.   Yes.

19         Q.   Okay.  And that set of

20   materials includes information that is

21   compiled by PPB and given to the voting

22   members; is that right?

23         A.   Yes.

24         Q.   And what type of information is

25   included in the materials given to PPB

Case 5:20-cv-00944-D   Document 114-10   Filed 08/30/24   Page 5 of 26
DWAIN EDWARD THOMAS vs                                                    Thomas Bates
KEVIN STITT                                                               May 31, 2024

57

1                    THOMAS BATES (5/31/2024)

2     voting members?

3           A.    So again that would include the

4     report prepared by the PPB investigator,

5     any letters or other written materials

6     supporting the offender and any objections

7     to -- is it fair to say we're talking just

8     about parole here?

9           Q.    Correct, yes.

10          A.    We're talking just about

11    parole?

12          Q.    Yes.  We can limit this to

13    parole.

14          A.    Okay.  So any -- so it's the

15    report, any letters supporting the parole,

16    any letters objecting or other written

17    materials objecting to the parole, and

18    those typically -- the letters of objection

19    typically come from victims and district

20    attorneys.

21          Q.    Besides the report prepared by

22    the PPB investigator, any letters of

23    support submitted or any letters or written

24    materials with objections, is there

25    anything else that's provided to the PPB

1          THOMAS BATES (5/31/2024)

2      A.    Yes.

3          MS. McCLURE:  Okay.  You can

4      take this down, please, Josh.

5      Q.    So from the beginning of the

6   process, you mentioned that the inmate

7   becomes eligible for parole based on

8   statute, right?

9      A.    Right.

10     Q.    And the date that any inmate

11  would be eligible to be considered is

12  calculated when they're processed into DOC?

13     A.    Yes.

14     Q.    When an inmate comes up for

15  their parole consideration date, how is the

16  inmate informed of what that date is?

17     A.    I don't know.  The -- I mean I

18  would have to -- some of that is going to

19  be a little bit of a function of DOC and

20  the communication with the case manager,

21  but you know, our investigators also reach

22  out to offenders and say you're on the

23  docket, you're on an upcoming document and,

24  you know, here's a questionnaire to fill

25  out and we would -- I would, you know,

1          THOMAS BATES (5/31/2024)

2   given an opportunity to sit with the parole

3   investigator and ask questions about their

4   plans upon release and things like that,

5   programs that they've completed, just a

6   number of all -- account of -- confirm the

7   account of the offense and things like

8   that.

9          Q.    So your understanding is DOC

10  communicates with the inmate that they will

11  be up for parole and then a parole

12  investigator who is a PPB investigator will

13  contact the inmate about their upcoming

14  parole consideration date?

15         A.    Yes.

16         Q.    The parole investigator --

17  parole investigators are PPB employees; is

18  that right?

19         A.    Yes.

20         Q.    Approximately how many parole

21  investigators does PPB have?

22         A.    Twelve.

23         Q.    And the parole investigator is

24  responsible for interviewing the inmate in

25  advance of a parole hearing and drafting an

Case 5:20-cv-00944-D    Document 114-10    Filed 08/30/24    Page 8 of 26
DWAIN EDWARD THOMAS vs                                    Thomas Bates
KEVIN STITT                                               May 31, 2024

74

```
1              THOMAS BATES (5/31/2024)

2     investigative report?

3          A.    Yes.

4          Q.    Are there any other

5     responsibilities that the PPB investigator

6     has in the parole process?

7          A.    The investigators as I -- as I

8     mentioned earlier are also responsible for

9     conducting that initial docketing of folks

10    that come in and then reviewing and

11    confirming eligibility throughout the

12    process.

13         Q.    So the parole investigator

14    interviews inmates before the parole

15    hearing, drafts an investigative report for

16    PPB members to review, and conducts the

17    initial docketing of an inmate's

18    consideration, date when they enter DOC as

19    well as reviews and confirms their

20    eligibility for parole?

21         A.    Yes.

22         Q.    Any other functions of PPB

23    investigators that I've not mentioned?

24         A.    I think that -- I think that

25    captures it.
```

75

1          THOMAS BATES (5/31/2024)

2          Q.    Okay.  Do PPB voting members

3    speak directly with parole investigators?

4          A.    Typically any communications

5    that the board members may have about a

6    report is done through the -- through our

7    field director.

8          Q.    And so if a PPB voting member

9    had a question about an investigator report

10   that a parole investigator drafted, they

11   would direct that question to the field

12   director?

13         A.    Yes.

14         Q.    And that field director would

15   act as a go-between the PPB and board

16   member?

17         A.    He might be able to answer the

18   question himself.  It may be a question

19   about -- I don't know.  It can just be a

20   question about what something means or, you

21   know, some -- some -- again, some lingo or

22   jargon.  But it also -- yeah, I mean if

23   it's a -- typically if it's a request to

24   clarify something, yeah, Leroy Long, our

25   field director, is going to kind of act as

76

1              THOMAS BATES (5/31/2024)

2    the liaison to the investigator.

3         Q.    You said typically, are there

4    instances when a PPB voting member might

5    reach out directly to the parole

6    investigator who drafted a report?

7         A.    You know, I can't say -- you

8    know, I can't speak to in terms of always

9    and never.  I can't say that it never ever

10   happens, but I'm not aware, I can't think

11   of any instance off the top of my head

12   right now where a board member has reached

13   out to an investigator directly, that I'm

14   aware of.

15        Q.    How are parole investigators

16   assigned cases?  Do they follow the same

17   case throughout that inmate's time in DOC?

18        A.    Typically, investigators are

19   assigned to facilities, so they handle all

20   of the cases that are in a facility, and if

21   that individual transfers facilities, then

22   it's going to, you know, transfer to

23   another investigator.

24        Q.    Is there -- how many parole

25   investigators are assigned to a given

THOMAS BATES (5/31/2024)

1

2  facility?

3      A.   You know, it varies.  You know,

4  some -- some have one depending on the size

5  of the facility, some have two.  And you

6  know, that's something if you want to

7  request who's -- who's assigned to what

8  facilities, I mean that's information that

9  we can get to you.

10     Q.   How do assigned inmates

11  communicate with parole investigators?

12     A.    Well, I mean, again, the case

13  -- it's my understanding that the case --

14  that the parole investigators communicate

15  with the case managers at the facilities

16  and they convey, hey, this individual wants

17  to speak with you or sometimes this

18  individual doesn't want to speak with you

19  and that's -- that's how it gets conveyed.

20     Q.    Is there a process by which

21  inmates can affirmatively reach out to PPB

22  investigators?

23     A.    Yeah.  I mean, they can reach

24  out to us in writing and say they'd like to

25  speak to an investigator, but also they

1              THOMAS BATES (5/31/2024)

2    can, you know, get the word through their

3    case manager, but yes, they can communicate

4    in writing with -- with PPB.

5              MS. McCLURE:  Could we please

6         pull up tab six, which I will mark as

7         Plaintiff's Exhibit 5.  And for the

8         record, this is a document Bates

9         stamped 56.  It was produced in

10        defendants' production.

11             (Plaintiff's Exhibit 5,

12        document entitled Request to Parole

13        Investigator, Bates 56 was marked for

14        identification, as of this date.)

15   BY MS. McCLURE:

16        Q.   Mr. Bates, is this a blank

17   form, Oklahoma Pardon and Parole Board

18   Request to Parole Investigator?

19        A.   That's what it says, yes.

20        Q.   Do you recognize this?

21        A.    It looks familiar.  I mean I

22   can't say I've looked at this form

23   recently.

24        Q.   Do you know if this form is the

25   method by which the inmates kind of reach

1          THOMAS BATES (5/31/2024)

2     out in writing to the PPB investigator?

3          A.    I mean it appears to be, yes,

4     that, but I mean we also get just written

5     correspondence from inmates as well that --

6     you know, that we process, and so yes, that

7     form is -- is one method, yes.

8          Q.    Okay.

9               MS. McCLURE:  So, Josh, if you

10         could just zoom back out.  Thank you.

11         Q.    So this form includes

12    information about the inmate name, DOC

13    number, facility, date, and then asks the

14    inmate to check the parole-related issue

15    about which you have a question.  Keep in

16    mind parole investigators do not schedule

17    time to meet with inmates for any purpose

18    other than interviews for a scheduled

19    parole docket; do you see that?

20         A.    Yes.

21         Q.    And the four issues that are

22    listed as options are parole docket

23    date/appeal of parole docket date, waiver

24    of parole, personal appearance/jacket

25    review for parole consideration, and

1            THOMAS BATES (5/31/2024)

2    interview for scheduled parole docket?

3         A.    Yes.

4         Q.    So when using this form, the

5    inmate cannot ask a question unrelated to

6    any of these four topics?

7         A.    Correct.

8         Q.    But they could separately write

9    to the PPB investigator without using this

10   form?

11        A.    Yeah, I mean, like I said, we

12   receive correspondence from inmates, maybe

13   even not directed to the investigator.  It

14   would ultimately probably more than likely

15   depending on the question, get routed to

16   the investigator, but that -- that form is

17   to conduct communications around those

18   topics that -- that are listed there.

19        Q.    So when you say you received

20   communications from inmates, you're talking

21   about PPB more broadly and not the PPB

22   investigator?

23        A.    Yes.

24        Q.    Okay.  So then is it your

25   understanding that this particular form is

Case 5:20-cv-00944-D    Document 114-10    Filed 08/30/24    Page 15 of 26
DWAIN EDWARD THOMAS vs
KEVIN STITT
Thomas Bates
May 31, 2024

81

1           THOMAS BATES (5/31/2024)

2    the only avenue that inmates have to

3    directly communicate with the PPB

4    investigator?

5           A.    Again, I'm not -- I don't know

6    that I -- I don't know that I feel

7    comfortable saying only.  I'm not -- I'm

8    not in the field with, you know -- if -- if

9    a -- if an inmate wanted to speak with a

10   parole investigator and communicated that

11   desire to their case manager, you know, how

12   those type of requests get handled, I would

13   have to defer that to a field director.

14          Q.    And you said that that is

15   Leroy --

16          A.    Long.

17          Q.    -- Long, is that his last name?

18          A.    Yes.

19          Q.    Do you know why this form is

20   limited to these four topics?

21          A.    Can we zoom it out.  I mean I

22   would expect it's just -- it's a matter of

23   efficiency and time.  I mean, you know,

24   our -- our investigators have a pretty

25   heavy caseload with a -- in a finite amount

DWAIN EDWARD THOMAS vs
KEVIN STITT

Thomas Bates
May 31, 2024

89

```
1              THOMAS BATES (5/31/2024)

2         pull up tab seven, which I will mark

3         as Plaintiff's Exhibit 6.  And for

4         the record, this has been produced

5         via Bates stamped 58 in defendants'

6         production.

7                (Plaintiff's Exhibit 6,

8         document entitled Parole Interview

9         Questionnaire, Bates 0058 through

10        0064 was marked for identification,

11        as of this date.)

12   BY MS. McCLURE:

13        Q.    Mr. Bates, do you recognize

14   this document, the Oklahoma Pardon and

15   Parole Board, Parole Interview

16   Questionnaire?

17        A.    Yes.

18        Q.    And does this look to be an

19   accurate copy of the questionnaire that is

20   used in lieu of an in-person interview?

21        A.    Yes.

22        Q.    At the bottom of the first

23   page, it says, "Revised 12/2023"?

24        A.    Yes.

25        Q.    How often is this questionnaire
```

90

1          THOMAS BATES (5/31/2024)

2    form updated?

3          A.    I don't know.  I would have

4    to -- I can't tell you how many times it's

5    been updated.

6          Q.    Okay.  Are you aware of any

7    specific changes that would have been made

8    from the version prior to December of 2023

9    and this version?

10         A.    Again, that's something I'd

11   have to go back and review.

12         Q.    If the PPB investigator uses

13   this questionnaire instead of conducting an

14   in-person interview, how are inmates

15   notified that an in-person interview will

16   not be conducted?

17         A.    Again, the exact mechanics of

18   that communication, I would have to -- I

19   would expect, although I can't say

20   categorically, that there's a communication

21   to the case manager at the facility that --

22   that this questionnaire -- that the

23   investigator is asking this questionnaire

24   to be filled out.

25         Q.    Are the questions included in

1           THOMAS BATES (5/31/2024)

2    the questionnaire the same questions the

3    PPB investigator would ask if they were

4    conducting an in-person interview?

5         A.    Well, can we scroll down

6    through the document here?

7         Q.    Yeah, absolutely.

8         A.    So do I have control of this

9    document now or -- I'm having some issues

10   scrolling through it.  So there it goes.

11            It appears to have the areas of

12   inquiry that are in the reports, yes.

13        Q.    So if we could look at some of

14   those, if we look at page 2, this has the

15   heading -- let me get to page 2.  Page 2

16   says, "Version of Offense(s).  Tell your

17   version of the controlling case and active

18   CC cases (if any)."

19            This section allows the inmate

20   an opportunity to describe their version of

21   the underlying offense, right?

22        A.    Yes.

23        Q.    Is this section of the form

24   mandatory for inmates to complete?

25        A.    I mean none of this is

1          THOMAS BATES (5/31/2024)

2    mandatory.  I mean we can't -- we can't

3    make an offender fill out the

4    questionnaire, participate in an interview,

5    give their version of the offense.  I mean

6    there is -- there is -- we can't compel

7    them to do any of that.

8          Q.   If this section of the

9    questionnaire is blank, how does that

10   change the information that goes into the

11   PPB investigator's report?

12         A.   Well, I mean I think the report

13   would just state the offender chose not to

14   participate.

15         Q.   Are inmates permitted to have

16   assistance in completing this

17   questionnaire?

18         A.   I mean they can request, yeah.

19   They could ask for assistance, yes, I mean.

20         Q.   So they could have counsel

21   assist in filling this out?

22         A.   Yes.

23         Q.   Could they ask for their case

24   manager's assistance in filling this out?

25         A.   I would think so, but I'm --

1           THOMAS BATES (5/31/2024)

2    again, I'm not going to testify about DOC's

3    practice with their -- with their staff on

4    these.

5           Q.   If we go to the third page,

6    there's a section on substance abuse

7    history or usage and treatment history,

8    which asks the inmate to fill out whether

9    they have used any of the listed substances

10   or completed treatment regarding substance

11   abuse while incarcerated?

12          A.   Yes.

13          Q.   If this section of the

14   questionnaire is left blank, would PPB

15   state in their investigative report that

16   they do not have sufficient information on

17   this topic?

18          A.   Yeah.  I mean I think anything

19   that relies on the offender's participation

20   or their account of their substance abuse

21   or history usage, it would -- it would say

22   that.  It would say that the offender did

23   not -- you know, declined to provide that

24   information.

25          Q.   If we could look at page 4, at

1          THOMAS BATES (5/31/2024)

2    the bottom of that page, there's a section

3    on programs that asks the inmate to list

4    all programs completed during current

5    incarceration, including completion dates.

6    Do you see that?

7          A.    Yes.

8          Q.    And there are four lines

9    allowing the inmate to fill in completion

10   dates.  If an inmate needed additional room

11   to list all programs completed, are they

12   permitted to attach addenda or otherwise

13   further explain elsewhere in this

14   questionnaire?

15         A.    Of course.

16         Q.    What definition is PPB

17   ascribing to programs when it asks the

18   inmate to list all programs completed?

19         A.    Well, I mean I think they can

20   -- they can include any -- any program or

21   study correspondence course that they have

22   completed while incarcerated, keeping in

23   mind that there are programs that are DOC

24   certified and sanctioned and other programs

25   that other -- other providers may come in

THOMAS BATES (5/31/2024)

1 and provide, you know, different church

2 groups and things like that, that they may

3 list, but because they're lacking a

4 certification, they may not result in any

5 kind of a -- of additional credits or

6 anything like that.  But they can list

7 anything that they've done that they think

8 you know, betters themselves.

9     Q.    Are DOC sanctioned programs

10 given more weight than the programs with

11 the other organizations that you mentioned?

12     A.    I'm not going to say that

13 because that gets into the -- you can talk

14 about weight, that is going to get into the

15 board members' own specific perceptions of

16 different programs and how they view those.

17     Q.    Does PPB give guidance to the

18 PPB investigators about how to weigh

19 certain programs versus others?

20     A.    No, I mean I think the

21 investigators, you know, are aware of what

22 programs are DOC sanctioned and which are

23 not and which ones -- and you know, so

24 when -- again, we're getting into some

```
 1              THOMAS BATES (5/31/2024)

 2   topics here that I don't know how they --

 3   well, I'll just leave it at that, but

 4   the -- when inmates are brought in, you

 5   know, they're assessed for certain needs.

 6              Investigators are going to be

 7   looking at -- I mean and board members, but

 8   investigators are going to be, again,

 9   particularly interested in have they

10   completed programs that address the

11   assessed needs, and they're just going to

12   list those.

13              I mean they're going to say,

14   yes, he completed a -- this person

15   completed a batter's intervention program

16   or an anger management program or completed

17   a GED or substance abuse treatment.

18              They're going to say they were

19   assessed for this and they completed it.  I

20   mean that's going to be assessed in the

21   totality of the picture in making the

22   recommendation to the board.

23        Q.   On page 5, it asks the inmate

24   to describe what's referred to as a parole

25   plan?
```

1           THOMAS BATES (5/31/2024)

2       A.    Yes.

3       Q.    And the first question under

4    parole plan says, "If you are granted

5    parole, where would you live and with

6    whom?"

7             Are inmates -- do inmates need

8    have someone to write down here in order to

9    be considered for parole?

10      A.    No.

11      Q.    Does PPB offer any guidance as

12   to whether an inmate would be less likely

13   to be granted parole if they did not have

14   someone to live with?

15            MS. BRIGIDA:  Object to form.

16      A.    So again these are items --

17   these are items of information that are

18   given to the board members to provide them

19   as complete a picture as possible, and all

20   of that information is reviewed and

21   assessed and weighed by the individual

22   board members.

23            So subjects like does someone

24   have to -- does someone have to have I'm

25   going to live here with so and so before

Case 5:20-cv-00944-D    Document 114-10    Filed 08/30/24    Page 25 of 26
DWAIN EDWARD THOMAS vs                                    Thomas Bates
KEVIN STITT                                               May 31, 2024

98

1          THOMAS BATES (5/31/2024)

2    they -- before a board member would vote

3    yes, no.  But is that a factor that a board

4    member is going to want to know about is

5    can this person be successful upon release?

6    Do they have a place to stay?

7              So yeah, I mean that's --

8    again, I don't want to speak for what --

9    how board members weigh and evaluate those

10   factors or evaluate that information, but

11   that's -- that's the intent of the

12   information that's put in the report.

13             Give them a complete picture

14   and they can take all that information and

15   assess is this person a good candidate to

16   be successful on parole.

17        Q.    So the topics in this

18   questionnaire, version of offenses, tribal

19   information, substance abuse history,

20   mental health history, gang affiliation,

21   programs, parole plan, personal information

22   including education, military service, and

23   family background, PPB considers those

24   topics to be -- to provide a complete

25   picture for consideration of the inmate for

1              THOMAS BATES (5/31/2024)

2    parole?

3         A.    Yes.

4         Q.    Does this form contain any

5    place for inmates to discuss or explain any

6    infractions they may have been -- they may

7    have received while incarcerated?

8         A.    I don't believe so.

9         Q.    Does this form contain a place

10   for inmates to identify their age at the

11   time that they committed the underlying

12   offense?

13        A.    Well, I would say that that

14   would -- could be included in their version

15   of the offense, but specifically to talk

16   about age, no, that --

17        Q.    There's no -- sorry, go ahead.

18        A.    No.  That would be a topic that

19   came up in the other information around the

20   case -- around the case, the court file,

21   things like that so.

22        Q.    So there's no subject heading

23   in this form regarding age of the

24   individual at the time that they committed

25   the underlying offense?