# In the Matter Of:

*DWAIN EDWARD THOMAS vs*

*KEVIN STITT*

___

*THOMAS BATES*

*May 31, 2024*

___



**Exhibit 5**

Case 5:20-cv-00944-D    Document 115-5    Filed 08/30/24    Page 2 of 15
DWAIN EDWARD THOMAS vs                                      Thomas Bates
KEVIN STITT                                                 May 31, 2024

28

```
 1              THOMAS BATES (5/31/2024)
 2              THE WITNESS:  Kyle, do the
 3      reports routinely go to the
 4      governor's office?
 5              MR. COUNTS:  Yes, sir.
 6              THE WITNESS:  Okay.
 7      A.      There you go.
 8      Q.      Okay.  The Oklahoma Department
 9   of Corrections, as you understand it, what
10   role does DOC play in the parole process?
11      A.      Well, DOC doesn't play a role
12   in the parole process.  The role that DOC
13   plays is that they compile all the -- you
14   know, a lot of the information about the
15   offender, about their institutional
16   behavior, their -- any programs that
17   they've completed, misconducts, things like
18   that.
19              And then we -- that -- we get
20   that information from what is called an
21   offender management system.  That system is
22   transitioning to a new electronic system
23   called icon, but we get that information
24   that is compiled by DOC and provide that to
25   the board members.
```

Case 5:20-cv-00944-D   Document 115-5   Filed 08/30/24   Page 3 of 15
DWAIN EDWARD THOMAS vs                                    Thomas Bates
KEVIN STITT                                              May 31, 2024

29

1            THOMAS BATES (5/31/2024)
2                  So the role that I guess you
3    could say that DOC plays in the parole
4    process is they compile a lot of the
5    information that the board relies on in
6    making its decision.
7                  They gather that information.
8    Our investigators take it, put it into a
9    report form and pass it along to the board.
10         Q.    Okay.  So just so I understand,
11   the investigative report that you mentioned
12   earlier that the Pardon and Parole Board
13   reviews, does DOC create that report --
14         A.    No.
15         Q.    -- or provides the
16   information --
17         A.    No.
18         Q.    -- that goes into the report?
19         A.    Some of the information
20   categories in that report, our
21   investigators get that information from the
22   Department of Correction.
23         Q.    And you said that information
24   is located in an offender management
25   system?

Case 5:20-cv-00944-D   Document 115-5   Filed 08/30/24   Page 4 of 15
DWAIN EDWARD THOMAS vs KEVIN STITT
Thomas Bates
May 31, 2024

55

1        THOMAS BATES (5/31/2024)

2   given meeting, you're confirming who might

3   come before the board for that meeting?

4        A.   Two to three months, yes.

5        Q.   And how -- how far in advance

6   are the materials that are given to the PPB

7   members who are voting given to them for

8   each meeting?

9        A.   Okay.  So the docket is

10  finalized and I would say the reports and

11  materials that the -- the dockets and the

12  reports are given to the board about three

13  weeks out.  And then our deadline to submit

14  protests is roughly a week out from the

15  meeting and so all those protests are then

16  -- once they are -- once we receive them,

17  they are uploaded onto the board member's

18  SharePoint site and they can look at any

19  objections, written objections that we have

20  received from -- and support letters,

21  support letters and objections that we have

22  received from -- from anyone.

23       Q.   Is the set of materials that

24  the PPB members considers deemed complete

25  once those support or objection letters are

Case 5:20-cv-00944-D   Document 115-5   Filed 08/30/24   Page 5 of 15
DWAIN EDWARD THOMAS vs
KEVIN STITT
Thomas Bates
May 31, 2024

56

1           THOMAS BATES (5/31/2024)
2     uploaded to the file?
3           A.    Yes, but I mean things occur.
4     I mean, we -- we have rules and policies,
5     but we try not to be rigid in the
6     enforcement of those policies, especially
7     when we're dealing with members of the
8     public.  People that want to, we -- you
9     know, we accept support letters and
10    objection letters after the deadline and we
11    forward those on to -- to the board
12    members.
13          Q.    So even if those letters arrive
14    after the posted deadline, is the set of
15    materials that PPB is reviewing in order to
16    vote complete once those have been added in
17    regardless of when that time is?
18          A.    Yes.
19          Q.    Okay.  And that set of
20    materials includes information that is
21    compiled by PPB and given to the voting
22    members; is that right?
23          A.    Yes.
24          Q.    And what type of information is
25    included in the materials given to PPB

Case 5:20-cv-00944-D   Document 115-5   Filed 08/30/24   Page 6 of 15
DWAIN EDWARD THOMAS vs                                    Thomas Bates
KEVIN STITT                                               May 31, 2024

57

1        THOMAS BATES (5/31/2024)
2   voting members?
3        A.    So again that would include the
4   report prepared by the PPB investigator,
5   any letters or other written materials
6   supporting the offender and any objections
7   to -- is it fair to say we're talking just
8   about parole here?
9        Q.    Correct, yes.
10       A.    We're talking just about
11  parole?
12       Q.    Yes.  We can limit this to
13  parole.
14       A.    Okay.  So any -- so it's the
15  report, any letters supporting the parole,
16  any letters objecting or other written
17  materials objecting to the parole, and
18  those typically -- the letters of objection
19  typically come from victims and district
20  attorneys.
21       Q.    Besides the report prepared by
22  the PPB investigator, any letters of
23  support submitted or any letters or written
24  materials with objections, is there
25  anything else that's provided to the PPB

Case 5:20-cv-00944-D   Document 115-5   Filed 08/30/24   Page 7 of 15
DWAIN EDWARD THOMAS vs                                    Thomas Bates
KEVIN STITT                                               May 31, 2024

64

1         THOMAS BATES (5/31/2024)
2    BY MS. McCLURE:
3         Q.   Okay.  Just when cases are
4    passed, does the PPB voting member ever
5    pass a case or is it a request coming from
6    someone else?
7         A.   Sometimes board members can
8    ask, you know, for whatever variety of
9    reasons that a case be passed.
10        Q.   PPB has no control over whether
11   an individual is classified as violent or
12   non-violent, right?
13        A.   Correct.  It's a matter of
14   statute.
15        Q.   When PPB sets a docket, as I
16   understand you to have explained it, any
17   given docket or a meeting may include
18   violent and non-violent cases; is that
19   right?
20        A.   That's right.
21        Q.   In other words, they're not
22   separated such that PPB is hearing all
23   non-violent cases and separately hearing
24   all violent cases?
25        A.   Well, cases -- there are -- you

Case 5:20-cv-00944-D  Document 115-5  Filed 08/30/24  Page 8 of 15
DWAIN EDWARD THOMAS vs
KEVIN STITT
Thomas Bates
May 31, 2024

67

1           THOMAS BATES (5/31/2024)
2    or something by another jurisdiction that
3    says we have a -- there's a case that --
4    out there that they -- that they need to
5    answer to.
6           Q.    Okay.  So I'd like to walk
7    through, as chronologically as I can, about
8    the process for a violent offender parole?
9           A.    Okay.
10          Q.    So when a violent offender goes
11   through the parole process in Oklahoma,
12   there's a two-step process for parole; is
13   that right?
14          A.    That's right.
15          Q.    And the first step is called
16   stage one?  Is that a yes?
17          A.    Yes.
18          Q.    And is that also referred to as
19   jacket review?
20          A.    Yes.
21          Q.    And in stage one, PPB is
22   reviewing the set of materials that's
23   provided to them and voting on whether or
24   not that person should move to Stage II; is
25   that right?

Case 5:20-cv-00944-D   Document 115-5   Filed 08/30/24   Page 9 of 15
DWAIN EDWARD THOMAS vs                                    Thomas Bates
KEVIN STITT                                               May 31, 2024

68

1             THOMAS BATES (5/31/2024)
2        A.    Correct.
3             MS. McCLURE:  If we could pull
4    up tab three, please, which I'll mark
5    as Plaintiff's Exhibit 4.  And for
6    the record, this is Bates stamped 189
7    to 307, and was produced in this
8    litigation by defendants with the
9    file name PPB Board Member
10   Orientation Finder.
11            (Plaintiff's Exhibit 4,
12   document entitled "The Process of a
13   Parole," Bates 189 through 307 was
14   marked for identification, as of this
15   date.)
16  BY MS. McCLURE:
17       Q.    Mr. Bates, do you recognize
18  this document?
19       A.    I do.
20       Q.    So this cover page we're
21  looking at is titled "The Process of a
22  Parole."  It says, "Presented by Melinda
23  Romero," dated "April 8, 2022"?
24       A.    Yes.
25       Q.    And Melinda Romero, you

Case 5:20-cv-00944-D   Document 115-5   Filed 08/30/24   Page 10 of 15
DWAIN EDWARD THOMAS vs                                    Thomas Bates
KEVIN STITT                                               May 31, 2024

69

1          THOMAS BATES (5/31/2024)

2    mentioned previously as -- I can't recall

3    her title?

4         A.    She's our deputy director.

5         Q.    Deputy director of the PPB.

6                And is this -- and you're

7    welcome to scroll through the document.  Is

8    this an example of the type of orientation

9    packet that's created for new parole

10   members -- excuse me, new PPB members?

11        A.    Yes.

12        **Q.    Okay.  If we could go to Bates**

13   **stamp 219, which I believe is PDF page 31.**

14   **So at the bottom of this page where it**

15   **says, "Stage I," the third sentence says,**

16   **"During the Stage I Parole Hearing the**

17   **offender, delegates, the victim, and the**

18   **district attorney are not allowed to speak**

19   **to the Board.  This is a paper review of**

20   **the information by the Pardon and Parole**

21   **Board to determine if the offender should**

22   **move to Stage II for further**

23   **consideration."**

24              **Did I read that correctly?**

25        **A.    Yes.**

Case 5:20-cv-00944-D   Document 115-5   Filed 08/30/24   Page 11 of 15
DWAIN EDWARD THOMAS vs
KEVIN STITT
Thomas Bates
May 31, 2024

70

1           THOMAS BATES (5/31/2024)
2        Q.   So Stage I involves strictly
3   review by the PPB voting members of the
4   information they are given on the paper,
5   including the investigator report, letters
6   of support, letters of objection, and the
7   DA narrative?
8        A.   Yes.
9        Q.   During Stage I for a violent
10  offender, the offender does not come before
11  the board personally?
12       A.   Correct.
13       Q.   So the only information PPB
14  considers in Stage I is the investigator
15  report, letters of support, and letters of
16  objection?
17       A.   Yes.
18       Q.   And then in Stage II, the
19  individual is permitted to speak to the
20  board?
21       A.   Yes.
22       Q.   Is it fair to refer to Stage II
23  as personal appearance?
24       A.   Yes.
25       Q.   Okay.  So if a violent offender

Case 5:20-cv-00944-D   Document 115-5   Filed 08/30/24   Page 12 of 15
DWAIN EDWARD THOMAS vs                                Thomas Bates
KEVIN STITT                                           May 31, 2024

71

1           THOMAS BATES (5/31/2024)
2    was to move through the parole process in
3    its entirety, they would be recommended to
4    move from stage -- from Stage I to
5    Stage II?
6           A.   Yes.
7           Q.   And then that recommendation
8    would go to the governor?
9           A.   Rephrase that.  I mean repeat
10   that.
11          Q.   Sure.  So initially, if the
12   offender comes before Pardon and Parole
13   Board and they vote to move from Stage I to
14   Stage II, does that recommendation go to
15   the governor?
16          A.   No.
17          Q.   Okay.  So Pardon and Parole
18   Board can recommend a violent offender move
19   from Stage I to Stage II?
20          A.   Yes.
21          Q.   And at Stage II, if the Pardon
22   and Parole Board is recommending a vote of
23   yes or a vote of yes with conditions or a
24   vote of yes with stipulations, that
25   recommendation is given to the governor?

Case 5:20-cv-00944-D   Document 115-5   Filed 08/30/24   Page 13 of 15
DWAIN EDWARD THOMAS vs
KEVIN STITT
Thomas Bates
May 31, 2024

72

1              THOMAS BATES (5/31/2024)
2         A.    Yes.
3              MS. McCLURE:  Okay.  You can
4       take this down, please, Josh.
5         Q.    So from the beginning of the
6    process, you mentioned that the inmate
7    becomes eligible for parole based on
8    statute, right?
9         A.    Right.
10        Q.    And the date that any inmate
11   would be eligible to be considered is
12   calculated when they're processed into DOC?
13        A.    Yes.
14        Q.    When an inmate comes up for
15   their parole consideration date, how is the
16   inmate informed of what that date is?
17        A.    I don't know.  The -- I mean I
18   would have to -- some of that is going to
19   be a little bit of a function of DOC and
20   the communication with the case manager,
21   but you know, our investigators also reach
22   out to offenders and say you're on the
23   docket, you're on an upcoming document and,
24   you know, here's a questionnaire to fill
25   out and we would -- I would, you know,

```
 1                THOMAS BATES (5/31/2024)
 2    given an opportunity to sit with the parole
 3    investigator and ask questions about their
 4    plans upon release and things like that,
 5    programs that they've completed, just a
 6    number of all -- account of -- confirm the
 7    account of the offense and things like
 8    that.
 9           Q.    So your understanding is DOC
10    communicates with the inmate that they will
11    be up for parole and then a parole
12    investigator who is a PPB investigator will
13    contact the inmate about their upcoming
14    parole consideration date?
15           A.    Yes.
16           Q.    The parole investigator --
17    parole investigators are PPB employees; is
18    that right?
19           A.    Yes.
20           Q.    Approximately how many parole
21    investigators does PPB have?
22           A.    Twelve.
23           Q.    And the parole investigator is
24    responsible for interviewing the inmate in
25    advance of a parole hearing and drafting an
```

Case 5:20-cv-00944-D   Document 115-5   Filed 08/30/24   Page 15 of 15
DWAIN EDWARD THOMAS vs                                   Thomas Bates
KEVIN STITT                                              May 31, 2024

74

```
 1              THOMAS BATES (5/31/2024)
 2   investigative report?
 3         A.    Yes.
 4         Q.    Are there any other
 5   responsibilities that the PPB investigator
 6   has in the parole process?
 7         A.    The investigators as I -- as I
 8   mentioned earlier are also responsible for
 9   conducting that initial docketing of folks
10   that come in and then reviewing and
11   confirming eligibility throughout the
12   process.
13         Q.    So the parole investigator
14   interviews inmates before the parole
15   hearing, drafts an investigative report for
16   PPB members to review, and conducts the
17   initial docketing of an inmate's
18   consideration, date when they enter DOC as
19   well as reviews and confirms their
20   eligibility for parole?
21         A.    Yes.
22         Q.    Any other functions of PPB
23   investigators that I've not mentioned?
24         A.    I think that -- I think that
25   captures it.
```