**In the Matter Of:**

*DWAIN EDWARD THOMAS vs*

*KEVIN STITT*

*CARL LEROY LONG, JR.*

*August 08, 2024*



**Exhibit 6**

Case 5:20-cv-00944-D   Document 115-6   Filed 08/30/24   Page 2 of 11
DWAIN EDWARD THOMAS vs
KEVIN STITT
Carl Leroy Long, Jr.
August 08, 2024

118

1  they have that degree, because like they
2  have to.
3          But I try to, when we're doing
4  the interview, to see what type of person
5  or if the -- I mean, there's been times
6  when other investigators worked with these
7  people at Department of Corrections and
8  might have some insight, like when we're
9  doing references or checking the facility.
10         But the degree does not matter.
11 I mean, does not -- be the top 1 --
12 10 percent of hiring somebody.
13      Q    Got it.
14          When you were a parole
15 investigator, was the orientation that you
16 went through the same as the orientation
17 that you now conduct with parole
18 investigators?
19      A    They are very similar.  The only
20 difference was I had an all-day training
21 for docketing, which we do not have one
22 because at that time back -- we were still
23 doing docketing by hand.  Now, we do it
24 by -- with a computer program, so -- I
25 mean, we -- to figure the dates.

Case 5:20-cv-00944-D   Document 115-6   Filed 08/30/24   Page 3 of 11
DWAIN EDWARD THOMAS vs
KEVIN STITT
Carl Leroy Long, Jr.
August 08, 2024

119

1              So that was the only difference.
2        Q    And just to be clear for the
3    record, what are you referring to when you
4    say, "docketing"?
5        A    Sorry.  When I refer to
6    "docketing," is to calculate an inmate's
7    eligibility for parole.
8        Q    Thank you.
9              And you said that parole
10   investigators receive a one-day -- one full
11   business day orientation before they begin?
12       A    They're with me in it, yes.
13       Q    And then you said something
14   along the ballpark of two to three days
15   with their supervisor?
16       A    Yes.  Then we will have a -- we
17   usually have a two to three-day, depends on
18   what time of the month it is that they are
19   hired.  Because if we're right in the
20   middle of a deadline week, then they might
21   not get the full three days, but we would
22   move it over to the next week and -- you
23   know, as in a row.
24             But we try to get at least a
25   three-day with them.  But then the

Case 5:20-cv-00944-D   Document 115-6   Filed 08/30/24   Page 4 of 11

DWAIN EDWARD THOMAS vs
KEVIN STITT

Carl Leroy Long, Jr.
August 08, 2024

133

```
 1        Q     Parole investigators interview
 2   inmates before the parole hearing, correct?
 3        A     Not all inmates.
 4        Q     But that would be one of their
 5   duties in the situations in which an
 6   in-person interview could be conducted,
 7   they conduct those interviews.
 8              That's one of their duties,
 9   correct?
10        A     That is one of the duties, yes.
11        Q     Parole investigators draft
12   investigative reports for PPB members to
13   review, correct?
14        A     Correct.
15        Q     And parole investigators confirm
16   inmates' eligibilities for parole, correct?
17        A     Say that again?
18        Q     Parole investigators confirm
19   whether inmates are eligible for parole,
20   correct?
21        A     Yes.  Originally, when they
22   first come in and we do original parole
23   eligibility date and put them on a parole
24   docket.
25              During that parole docket, if
```

Exhibit 6

Case 5:20-cv-00944-D   Document 115-6   Filed 08/30/24   Page 5 of 11
DWAIN EDWARD THOMAS vs
KEVIN STITT
Carl Leroy Long, Jr.
August 08, 2024

134

1   anything's changed when they come up, the
2   investigator will review that to make sure
3   they're still eligible to be on that parole
4   docket.
5       Q    Is there any other role that
6   parole investigators are responsible for
7   that we haven't discussed yet?
8       A    I don't -- I don't think so.  I
9   don't know what...
10      Q    Parole investigators are
11  employed by the PPB, correct?
12      A    Yes.
13      Q    Do PPB members communicate with
14  parole investigators in advance of the
15  pre-parole hearing interview?
16      A    Okay.  Are you saying PPB
17  members?  Are you talking about the board
18  members or are you talking about the
19  staff --
20      Q    I'm talking about the board
21  members.
22      A    No, board members do not
23  communicate with them.  All communication
24  with the board comes through me.
25      Q    Is each inmate assigned a parole

Exhibit 6

Case 5:20-cv-00944-D   Document 115-6   Filed 08/30/24   Page 6 of 11
DWAIN EDWARD THOMAS vs
KEVIN STITT
Carl Leroy Long, Jr.
August 08, 2024

166

1   outside.  What do you mean?
2          I'm there to do an interview.
3      Q    Did you ask any questions in
4   addition to the information in the
5   questionnaire --
6          (Simultaneous crosstalk.)
7      A    Most of them, I speak -- I stick
8   to the questionnaire and on the questions,
9   because you've got -- when I was an
10  investigator, I had three facilities that I
11  had to visit.
12         So I would interview anywhere
13  and do a complete -- the last time I did
14  reports, I did over -- almost 30 reports a
15  month, because I had three facilities back
16  in 2007.
17     Q    Have protocols regarding
18  interviews changed in any way since you
19  were a parole investigator?
20     A    They've been -- not really
21  because there's no -- it's just an
22  interview.
23     Q    You mentioned before that there
24  are exceptions to the in-person interview
25  requirement, correct?

Case 5:20-cv-00944-D   Document 115-6   Filed 08/30/24   Page 7 of 11
DWAIN EDWARD THOMAS vs
KEVIN STITT
Carl Leroy Long, Jr.
August 08, 2024

167

1        A     Yes.
2              MR. PRONIN:  Jacob, if you could
3        just scroll down so we could get from
4        that bolded title "Exceptions to a
5        Personal Interview" -- thank you,
6        perfect.
7   BY MR. PRONIN:
8        Q     Those exceptions are laid out
9   here on page 6 of the Investigator
10  Handbook, correct?
11       A     Correct.
12       Q     If an investigator decides that
13  an exception applies, does he or she have
14  to submit a request to anyone to proceed
15  without an in-person interview?
16       A     No.  Most of the time, now, they
17  required, like I -- you can see the last
18  one says failed to report, I put the dates
19  in the report that the inmate failed to
20  show for an interview.
21       Q     So the investigator has the
22  discretion to unilaterally decide whether
23  they will proceed without an interview,
24  correct?
25       A     Yes.

179

```
 1   BY MR. PRONIN:
 2        Q    Mr. Long, that first sentence
 3   under Interview Questionnaire, it says:
 4   "Questionnaire should not be used
 5   routinely."
 6             Correct?
 7        A    Correct.
 8        Q    So the default would be to do an
 9   in-person interview, correct?
10        A    Correct.
11             MR. PRONIN:  Okay.  If
12        everyone's agreeable, I think this is
13        a good time for a break.  We can come
14        back at 12:40, if that works for
15        everyone.
16             MS. BRIGIDA:  Sounds good.
17             THE WITNESS:  Sounds good.
18             THE VIDEOGRAPHER:  The time is
19        12:30 p.m.  We are going off the
20        record.
21             (Recess taken 12:30 p.m.)
22             (Resumed 12:48 p.m.)
23             THE VIDEOGRAPHER:  The time is
24        12:48 p.m.  We are back on the record.
25             MR. PRONIN:  Thank you.
```

Exhibit 6

Case 5:20-cv-00944-D   Document 115-6   Filed 08/30/24   Page 9 of 11
DWAIN EDWARD THOMAS vs
KEVIN STITT
Carl Leroy Long, Jr.
August 08, 2024

180

1            Can we get that exhibit back up
2       that was just up?
3            Yep, perfect.  Thank you.
4  BY MR. PRONIN:
5       Q    Mr. Long, we're going to go
6  through the written investigator report now
7  in a bit of detail.  I'm going to try to
8  move through it as quickly as I can, but we
9  are going to go through each part.
10           After the investigation is
11 complete, parole investigators draft an
12 investigative report, correct?
13      A    What was that?
14      Q    After the investigation is
15 complete, parole investigators draft an
16 investigative report, correct?
17      A    Correct.
18           MR. PRONIN:  Could we go to
19      page 9, please, Jacob?
20           Can you please scroll down?
21           Perfect.  Perfect.  There you
22      go.  Thank you.
23 BY MR. PRONIN:
24      Q    Parole investigators create the
25 investigative report through the pardon and

Case 5:20-cv-00944-D   Document 115-6   Filed 08/30/24   Page 10 of 11
DWAIN EDWARD THOMAS vs
KEVIN STITT
Carl Leroy Long, Jr.
August 08, 2024

229

1   change, you can change that it was dated
2   and say the prior interview.
3       Q    So it would be indicated that
4   there was the prior -- it was the prior
5   interview --
6       A    Yes.
7       Q    -- that was being used?
8       A    Yes.
9       Q    Thank you.
10      A    I think there is no other way
11  you can get not an interview.
12      Q    Are the only ways to obtain the
13  inmate's version of the offense is through
14  the questionnaire and the in-person
15  interview?
16      A    No.  We can get to what they
17  told the Department of Corrections, but we
18  like -- in their interviews for the instant
19  offense, but we like to get our own version
20  from the inmate.
21      Q    So if there was no in-person
22  interview and there was no questionnaire
23  filled out, you would get the information
24  from the Department of Corrections?
25      A    Correct.  We try everything else

Case 5:20-cv-00944-D   Document 115-6   Filed 08/30/24   Page 11 of 11

DWAIN EDWARD THOMAS vs
KEVIN STITT

Carl Leroy Long, Jr.
August 08, 2024

230

1   before then.

2       Q      What other avenues would you

3   try?

4       A      Like I've said before, we had --

5   if we cannot get into personal, we send out

6   the questionnaire.  If we can, we try to do

7   it through a phone call with the case

8   manager for the inmate.

9              And that's basically all we can

10  do if the inmate is at medium security or

11  maximum security.

12      Q      Apologies.  When I said,

13  "in-person," I just meant interview

14  overall.

15             So the only ways that they would

16  get this information personally is from an

17  interview, either in-person, phone call,

18  otherwise, or the questionnaire, correct?

19      A      Correct.

20      Q      And then the last resort, if

21  those options are unavailable, they'll get

22  the information from the DOC, correct?

23      A      Correct.  And if there is

24  nothing on there, they'll just put no

25  interview on it and no information

Exhibit 6