# In the Matter Of:

*DWAIN EDWARD THOMAS vs*

*KEVIN STITT*

*ADAM LUCK*

*July 26, 2024*



**Exhibit 10**

Case 5:20-cv-00944-D   Document 115-10   Filed 08/30/24   Page 2 of 8
DWAIN EDWARD THOMAS vs
KEVIN STITT
Adam Luck
July 26, 2024

19

1   who is currently incarcerated -- incarcerated in DOC."
2           Correct?
3       A   Yes.
4       Q   When I say "JLWP inmate" today, it will mean an
5   individual or individuals serving a JLWP sentence who is
6   currently incarcerated in DOC.  Do you understand that?
7       A   Yes.
8       Q   And if at any point you need a reminder of this
9   definition as well, just ask and I'll provide it.  Okay?
10      A   Okay.
11      Q   When you were appointed to the PPB, did you
12  receive any training related to JLWP inmates?
13      A   I don't receive -- I don't recall receiving
14  specific training on individuals serving that sentence.
15      Q   What about training regarding how to consider the
16  age of the inmate at the time of the underlying offense?
17      A   I think that was one factor that was covered in
18  our training where we discussed dynamic factors and static
19  factors, meaning things that can change in consideration of
20  someone's parole and things that can't change, and age
21  being one of the things that cannot change, and how to
22  consider those different factors as we make parole
23  decisions.
24      Q   While you were on PPB, did you receive any
25  training about JLWP inmates?

Case 5:20-cv-00944-D  Document 115-10  Filed 08/30/24  Page 3 of 8
DWAIN EDWARD THOMAS vs
KEVIN STITT
Adam Luck
July 26, 2024

20

1    A    I don't recall receiving specific training on
2    that, no.
3    Q    What about training while on the board about
4    whether to consider the age of the inmate at the time of
5    the underlying offense?
6    A    I would give the same answer that I did to your
7    previous question about dynamic and static factors.
8    Q    Please scroll to PDF Page 8.
9         There's an exhibit attached to this notice.  It's
10   marked as Exhibit 1.  Do you see Exhibit 1 on your screen?
11   A    Yes.
12   Q    Let's scroll to the second -- the next page, PDF
13   Page 9.
14        Exhibit 1 is the Complaint in Plaintiff Thomas's
15   lawsuit against Defendants Stitt, State, Seigfried, and
16   Hastings, correct?
17   A    Yes.
18   Q    And you've read this whole document as you
19   previously represented, correct?
20   A    Yes.
21   Q    And that includes this Complaint exhibit?
22   A    Yes.
23   Q    And you received this Complaint when you were
24   served as part of this litigation, correct?
25   A    Yes.

```
 1        Q    So as chair, you were not involved in setting
 2   trainings for the PPB members, correct?
 3        A    No.
 4        Q    And did you discuss with Bates in those meetings
 5   specific inmates up for parole vote?
 6        A    No.
 7        Q    We were just talking before this about drafting
 8   PPB policies.
 9             As chair, did you have any involvement in
10   drafting the PPB policies?
11                  MS. BRIGIDA:  Asked and answered.
12                  THE WITNESS:  I did not.
13        Q    (BY MS. CHIANG)  If you thought a policy should
14   be revised, how would you communicate that?
15        A    That would be brought up in the new business
16   section of the meeting in the open meeting.
17        Q    And that is part of the meeting -- that is part
18   of the PPB meeting, correct?
19        A    Correct.
20        Q    And any of the PPB members could bring that up,
21   correct?
22        A    Correct.
23        Q    Can anyone else at the meeting bring that up?
24        A    Bring up new business?
25        Q    Yes.
```

Exhibit 10

Case 5:20-cv-00944-D   Document 115-10   Filed 08/30/24   Page 5 of 8
DWAIN EDWARD THOMAS vs
KEVIN STITT
Adam Luck
July 26, 2024

47

1           THE VIDEOGRAPHER:   Time is 10:22 a.m.  We
2    are back on the record.
3           Q    (BY MS. CHIANG)  Before we took our break, we
4    were discussing formal interviews you had with the
5    governor, vis-a-vis your appointment to the PPB board,
6    correct?
7           A    Yes.
8           Q    And we discussed that you probably had one
9    meeting with the governor -- one formal interview with the
10   governor for your PPB board membership, correct?
11          A    Yes.
12          Q    What do you recall discussing at that formal
13   interview?
14          A    I don't -- I don't recall.  I imagine we talked
15   about my experience on the Board of Corrections.  I
16   don't -- I don't recall specifics of what we discussed in
17   that meeting.
18          Q    Did you and Governor Stitt talk about the PPB
19   board's functions?
20          A    I don't recall specifically, but that would make
21   sense for us to discuss that.
22          Q    Did you talk about how your experience on the
23   Board of Corrections would affect or bring experience to
24   your time as a PPB member?
25          A    I don't believe so.

100

1                Please scroll down.

2                That's the first two pages.

3        Q    You're done?

4        A    With the first two pages, yes.

5        Q    Great.

6                Do you recognize this document?

7        A    Yes.

8        Q    This is the Pardon and Parole Board Meeting

9    Minutes from October 2019, specifically Monday,

10   October 7th, 2019, correct?

11       A    Yes.

12       Q    And is this a true and accurate copy of these

13   parole board meetings from October 7th, 2019?

14       A    As far as I know.

15       Q    I just want to ask you a couple questions about

16   this.

17               Do you remember who was present for this meeting?

18       A    Based on this document, all board members were

19   present.

20       Q    Who is Robert -- and correct me if I'm

21   pronouncing this wrong, I very well -- very well may be --

22   Gilliland?

23       A    It's pronounced Gilliland.

24       Q    Okay.  Gilliland.  Thank you.

25               Who is that?

Case 5:20-cv-00944-D   Document 115-10   Filed 08/30/24   Page 7 of 8

DWAIN EDWARD THOMAS vs
KEVIN STITT

Adam Luck
July 26, 2024

101

```
 1        A    He's the former chair of the Oklahoma Pardon and
 2   Parole Board.
 3        Q    Was he the chair immediately preceding your
 4   tenure as chair of PPB?
 5        A    Yes.
 6        Q    And Allen McCall, Larry Morris, Kelly Doyle, they
 7   were all PPB members?
 8        A    Yes.
 9        Q    And is this Kelly Doyle the same Kelly Doyle you
10   testified earlier as having served with you on the board
11   for you on the board of trustees for another organization?
12        A    No, Kelly Doyle did not serve on the board of
13   trustees of the Center For Employment Opportunities.  She
14   was employed there.
15        Q    Okay.  So this is the same Kelly Doyle who was
16   employed there while you were on the board of trustees,
17   correct?
18        A    Yes.
19        Q    And if we go down two lines, the staff present
20   for this meeting are Melinda Romero, Justin Wolf, and
21   Jennifer Pando, right?
22        A    That's not what I see on the screen.
23             MS. BRIGIDA:  We're on Wednesday,
24   October 9th, so we just need to be on the October 7th.
25        Q    (BY MS. CHIANG)  So on this first page, you see
```

Exhibit 10

Case 5:20-cv-00944-D    Document 115-10    Filed 08/30/24    Page 8 of 8
DWAIN EDWARD THOMAS vs
KEVIN STITT
Adam Luck
July 26, 2024

102

```
 1    the staff listed as Melinda Romero, Justin Wolf, and
 2    Jennifer Pando, correct?
 3         A    Yes.
 4         Q    And they were at that meeting, then, correct?
 5         A    Based on this document, yes.
 6         Q    Who is Justin Wolf?
 7         A    He's the former general counsel for the Oklahoma
 8    Pardon and Parole Board.
 9         Q    What was his role during the PPB meeting?
10         A    He was the general counsel.
11         Q    And you said he's the former general counsel.  Is
12    he still at PPB?
13         A    No.
14         Q    Was he still there at the time of your departure?
15         A    No.
16         Q    Who is Jennifer Pando?
17         A    She was part of the administrative staff.  I
18    don't know what her title was.
19         Q    And what was her role during the PPB meeting?
20         A    I don't know what her title was.  I don't know
21    how she assisted in the meetings.
22         Q    And was she still there at the time of your
23    departure?
24         A    I don't recall.
25         Q    And then who is Melinda Romero?
```

Exhibit 10