**In the Matter Of:**

*DWAIN EDWARD THOMAS vs*

*KEVIN STITT*

*T. HASTINGS SIEGFRIED*

*June 14, 2024*



Exhibit 6

Case 5:20-cv-00944-D   Document 116-6   Filed 08/30/24   Page 2 of 12
DWAIN EDWARD THOMAS vs
KEVIN STITT
T. Hastings Siegfried
June 14, 2024

33

1     T. HASTINGS SIEGFRIED (6/14/2024)

2     A.   I understand that they can

3 recommend parole for certain inmates.  I

4 don't know how they identify those

5 potential inmates for parole.

6     Q.   You understand that the

7 governor can grant parole to certain

8 categories of inmates?

9         MS. BRIGIDA:  Object to form.

10     A.   I understand that the governor

11 can recommend parole for certain inmates,

12 but I don't know related to the category

13 that you're referencing to.

14     Q.   Does the Board of Corrections

15 ever communicate with PPB?

16         MS. BRIGIDA:  Object to form.

17     A.   No, not to my knowledge.  I

18 don't.

19     Q.   Are you aware of any situations

20 where the Board of Corrections has

21 communicated with the Pardon and Parole

22 Board?

23     A.   No.

24     Q.   What is the Board of

25 Corrections' relationship to the Department

```
 1        T. HASTINGS SIEGFRIED (6/14/2024)
 2   of Corrections?
 3        A.   So just to clarify, what is the
 4   Board of Corrections' relationship to the
 5   Department of Corrections?
 6        Q.   Yes.
 7        A.   The -- we oversee the policy,
 8   the financials for approval, a governing
 9   board of certain aspects related to the
10   statutes that are called out that require
11   board approval.
12        Q.   You understand that the
13   Department of Corrections will provide
14   inmate information to the Pardon and Parole
15   Board as part of the parole process?
16             MS. BRIGIDA:  Object to form.
17        A.   I understand that as it is
18   stated in the policy, in the BOC policy.
19        Q.   And does the BOC policy apply
20   to the Department of Corrections?
21        A.   Yes.
22        Q.   Can the Department of
23   Corrections deviate from the BOC policy?
24             MS. BRIGIDA:  Object to form.
25        A.   Not to my awareness.
```

Case 5:20-cv-00944-D   Document 116-6   Filed 08/30/24   Page 4 of 12
DWAIN EDWARD THOMAS vs                                T. Hastings Siegfried
KEVIN STITT                                                  June 14, 2024

58

1        T. HASTINGS SIEGFRIED (6/14/2024)
2    the board.
3            Q.   My question is if you
4    understand that the Department of
5    Corrections is obligated to follow the
6    policies that are set by the Board of
7    Corrections?
8                 MS. BRIGIDA:  Object to form.
9            A.   Policy is set and flowed to
10   create procedures, that's what I'm aware
11   of, that's what I know.  How it's done, I'm
12   not aware.  It's not our role as the Board
13   of Corrections to dictate OPs.
14           Q.   Do you understand that
15   Department of Corrections' operation
16   policies can govern the type of information
17   that is captured in an inmate's file and is
18   ultimately used to evaluate an inmate
19   during their parole consideration?
20           A.   No, I'm not.
21                MS. BRIGIDA:  Object to form.
22           Q.   Are you aware that there are
23   Department of Corrections' operational
24   policies that govern an inmate's security
25   classification?

Case 5:20-cv-00944-D   Document 116-6   Filed 08/30/24   Page 5 of 12
DWAIN EDWARD THOMAS vs
KEVIN STITT
T. Hastings Siegfried
June 14, 2024

59

```
 1        T. HASTINGS SIEGFRIED (6/14/2024)
 2        A.   No, I'm not aware of OP policy
 3   details and how they are carried out or
 4   followed with or developed.
 5        Q.   Has Board of Corrections ever
 6   established any parole process policy for
 7   the Department of Corrections that is
 8   specific to inmates who are juveniles at
 9   the time of their underlying offense?
10        A.   Again, when you say parole,
11   there are two very different things and I
12   don't know why you keep saying parole
13   because the pardon and parole is completely
14   separate.  I have -- I and the board, as
15   the board representative, has no
16   involvement in pardon and parole.  The
17   parole process that Department of
18   Corrections and the board has oversight is
19   a function of supervision after pardon and
20   parole board decisions are made.  They are
21   not tied together.
22             MS. HAGEN:  Caylob, could you
23        please put up tab seven.  We'll mark
24        this as Plaintiff's Exhibit 32.
25             (Plaintiff's Exhibit 32,
```

Case 5:20-cv-00944-D   Document 116-6   Filed 08/30/24   Page 6 of 12
DWAIN EDWARD THOMAS vs
KEVIN STITT
T. Hastings Siegfried
June 14, 2024

73

```
 1        T. HASTINGS SIEGFRIED (6/14/2024)
 2   2022; is that right?
 3        A.    Yes.
 4        Q.    Did you have a hand in drafting
 5   any part of this policy?
 6        A.    No.
 7        Q.    Did you review this policy
 8   before you signed it?
 9        A.    Yes.
10        Q.    And to your knowledge, is this
11   the most recent version of this policy?
12        A.    Yes.
13        Q.    This policy is titled
14   Classification and Case Management of
15   Inmates/Offenders; do you see that?
16        A.    Yes.
17        Q.    Is it your understanding that
18   this policy governs the Department of
19   Corrections' policies relating to
20   classification and case management, right?
21              MS. BRIGIDA:  Object to form.
22        A.    It states and directs that the
23   Department of Corrections will have policy
24   in the manner.
25        Q.    What do you mean by "policy in
```

Case 5:20-cv-00944-D   Document 116-6   Filed 08/30/24   Page 7 of 12
DWAIN EDWARD THOMAS vs
KEVIN STITT
T. Hastings Siegfried
June 14, 2024

74

1      T. HASTINGS SIEGFRIED (6/14/2024)
2   the manner"?
3      A.   It states that there will be an
4   operating procedure or other process to be
5   able to follow this policy.
6      Q.   So the Department of
7   Corrections' classification and case
8   management policies need to comply with
9   this policy P-060100?
10     A.   Yes.
11          MS. BRIGIDA:  Object to form.
12     Q.   The opening part of this policy
13  says, "The Oklahoma Department of
14  Corrections (ODOC) properly classifies
15  inmates/offenders, administers sentences,
16  and provides clemency consideration in
17  accordance with the order of the court s
18  and statutory requirements."
19          Do you see that?
20     A.   Yes.
21     Q.   Is it your understanding that
22  in Oklahoma, the term "clemency" can also
23  mean parole?
24          MS. BRIGIDA:  Object to form.
25     A.   I don't -- I don't know.  Is

Case 5:20-cv-00944-D   Document 116-6   Filed 08/30/24   Page 8 of 12
DWAIN EDWARD THOMAS vs                                  T. Hastings Siegfried
KEVIN STITT                                                June 14, 2024

88

```
 1        T. HASTINGS SIEGFRIED (6/14/2024)
 2   this section of the policy details the
 3   Board of Corrections' standing committees?
 4        A.   Yes.
 5        Q.   Number 1 listed here is the
 6   Executive Committee, and you testified
 7   earlier that you serve on that committee;
 8   is that right?
 9        A.   Yes.
10        Q.   What is your role on that
11   committee?
12        A.   The chair.
13        Q.   If we scroll to the next page,
14   still on the Executive Committee section,
15   subsection b says the, "Duties of the
16   Executive Committee shall include" and then
17   it list three items; do you see that?
18        A.   Yes.
19        Q.   Number 2 says that the duty of
20   the Executive Committee shall include
21   "Reviewing OBOC policies and recommending
22   changes to be presented to the OBOC."
23             Do you see that?
24        A.   Yes.
25        Q.   Has the Board of Corrections
```

Case 5:20-cv-00944-D   Document 116-6   Filed 08/30/24   Page 9 of 12
DWAIN EDWARD THOMAS vs
KEVIN STITT
T. Hastings Siegfried
June 14, 2024

89

```
 1        T. HASTINGS SIEGFRIED (6/14/2024)
 2   ever reviewed a policy or recommended
 3   changes to a policy related to parole for
 4   JLWP inmates?
 5            MS. BRIGIDA:  Object to form.
 6       A.   I'm not aware of -- when you
 7   say parole, are you referring to a policy
 8   related to pardon and parole, no.  That is
 9   not our duties nor knowledge or
10   involvement.
11       Q.   Has the Board of Corrections --
12   has the Executive Committee reviewed any
13   Board of Corrections' policies related in
14   any way to parole?
15       A.   Pardon and parole, no.  I just
16   want to clarify that when you refer to
17   parole, no, there is no involvement
18   whatsoever, so would you please reference
19   when you say parole, so we don't get
20   confused.
21            Pardon and parole reference or
22   probation and parole, could you restate the
23   question with those two, because I -- we
24   deal with the parole process after someone
25   is paroled, that's the responsibility or
```

Case 5:20-cv-00944-D   Document 116-6   Filed 08/30/24   Page 10 of 12
DWAIN EDWARD THOMAS vs                                T. Hastings Siegfried
KEVIN STITT                                           June 14, 2024

91

1       T. HASTINGS SIEGFRIED (6/14/2024)
2    reviewing policy of pardon and parole, no.
3    They request information just like any
4    other statutory change or requirement that
5    is put on the Department of Corrections is
6    required by law, then the policy will be
7    reviewed by the board to make changes in
8    accordance with those requirements.
9            Q.   We can scroll down to number 3,
10   which is Population/Security/Private Prison
11   Committee; do you see that there?
12           A.   Yes.
13           Q.   Who is the chair of this
14   committee?
15           A.   I am.
16           Q.   And this committee is
17   responsible for reviewing the Department of
18   Corrections' operating procedures; is that
19   right?
20               MS. BRIGIDA:  Object to form.
21               MS. HAWKINS:  Object to form.
22           A.   Where does it say that?
23           Q.   Number 3 says, "Reviewing ODOC
24   policies and procedures" -- sorry.
25   Reviewing -- sorry, number 1, "Reviewing

Case 5:20-cv-00944-D    Document 116-6    Filed 08/30/24    Page 11 of 12
DWAIN EDWARD THOMAS vs					T. Hastings Siegfried
KEVIN STITT							June 14, 2024

92

1           T. HASTINGS SIEGFRIED (6/14/2024)
2    the ODOC's population status, operating
3    procedures, and the review and approval of
4    facilities' authorized capacity"?
5         A.    Yes.
6         Q.    So this committee of the Board
7    of Corrections is responsible for reviewing
8    Department of Corrections' operating
9    procedures?
10               MS. HAWKINS:  Object to form.
11        A.    As it relates to facilities in
12   the capacity, yes, if there are changes.
13   As it relates to population security in
14   private prisons, that is the --
15        Q.    Has -- has this committee ever
16   reviewed a Department of Corrections'
17   facility operations procedure that relates
18   specifically to JLWP inmates?
19               MS. BRIGIDA:  Object to form.
20        A.    What is the term again of JLWP?
21               MS. HAGEN:  Caylob, could you
22        put up Exhibit 28, tab one again,
23        please.
24        A.    I wrote a note.  You can go
25   back.  No, we have not reviewed a procedure

```
 1        T. HASTINGS SIEGFRIED (6/14/2024)
 2            Q.    Do you have any knowledge of
 3    any individual inmates who are eligible for
 4    parole?
 5            A.    No.
 6            Q.    And to be clear, you have no
 7    knowledge of Plaintiff Thomas in his
 8    eligibility for parole?
 9            A.    No.
10            Q.    And it's your testimony today
11    that the Board of Corrections has no role
12    in the pardon and parole process; is that
13    right?
14            A.    Correct.
15            Q.    And you do not know anything
16    about the policies that the Department of
17    Corrections implements with respect to
18    pardon and parole?
19            A.    With respect to pardon, no.
20    No, no involvement or knowledge of what the
21    policy or -- yeah, procedure is and related
22    to pardon and parole.
23            Q.    And is it your testimony also
24    that you have not reviewed any of the OP
25    operating policies of the Department of
```

Exhibit 6