IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DWAIN EDWARD THOMAS,

        Plaintiff,

v.

KEVIN STITT, *et al.,*

        Defendants.

**Case No. 20-cv-944-D**

**DEFENDANT TOM BATES' MOTION FOR EXTENSION TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant Executive Director of Oklahoma Pardon and Parole Board, Tom Bates by and through counsel of record Assistant Attorneys General Alejandra Brigida and Lauren Ray, request an extension of time to file the Motion for Summary Judgment. In support of this motion, Defendant Bates states:

1. The deadline to file Defendant Bates to file his summary judgment motion is August 30, 2024. [Doc. 113].

2. The undersigned counsel represents Defendants Steven Harpe Director of the Oklahoma Department of Corrections ("ODOC") and Hastings Siegfried Director of the Oklahoma Board of Corrections ("OBOC") and filed their respective summary judgment motions on August 30, 2024. [Docs. 115 and 116].

3. In the process of filing Director Bates' summary judgment, the servers for the Oklahoma Attorney General's Office and other state agencies went down and the undersigned lost access to the summary judgment motion and supporting exhibits.

4. The undersigned have spoken with the IT Department and have been advised they are working on the servers but do not have an estimated time the server will be up and working.

5. The undersigned has reached out to all counsel and co-defendant Governor Stitt has no objection to the requested relief. Understandably, due to the hour the undersigned has not heard back from Plaintiff's counsel.

6. Director Bates requests an extension until September 3, 2024 to file its summary judgment motions. However, should the server come back up prior to that time, PPB will file its summary judgment at that time.

7. This extension is not sought for the purpose for delay.

WHEREFORE, Director Bates requests an extension until September 3, 2024 to file his summary judgment motion.

          Respectfully submitted,

          /s/ *Alejandra J. Brigida*
          **ALEJANDRA BRIGIDA, OBA#35381**
          **LAUREN J. RAY, OBA# 22694**
          Assistant Attorneys General
          Oklahoma Attorney General's Office
          Litigation Division
          313 NE 21st St.
          Oklahoma City, OK 73105
          Telephone: 405.521.3921
          Facsimile: 405.521.4517
          *Attorneys for Defendant Tom Bates Director of PPB*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and notice of the foregoing document was sent via the CM/ECF Noticing System to all counsel of record who are ECF registrants.

          */s/ Alejandra Brigida*
          Alejandra Brigida