IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN STITT, *et al.,*<br><br>Defendants. | Case No. CIV-20-944-D |

## ORDER

Before the Court is Defendant Tom Bates' Motion for Extension to File Motion for Summary Judgment [Doc. No. 117]. Upon consideration, the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Bates shall file his motion for summary judgment on or before September 4, 2024.

**IT IS SO ORDERED** this 4th day of September, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge