IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KEVIN STITT, *et al.,*<br><br>　　　　Defendants. | Case No. CIV-20-944-D |

## ORDER

Before the Court is the parties' Joint Motion to Stay and Strike Unexpired Scheduling Deadlines Pending Ruling on Defendants' Motions for Summary Judgment [Doc. No. 120]. Upon consideration, the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that all unexpired scheduling order deadlines are stayed, pending the Court's decision on Defendants' Motions for Summary Judgment [Doc. Nos. 114, 115, 116, and 119]. The parties shall file a joint status report or proposed scheduling order within ten (10) days after the Motions for Summary Judgment are decided.

**IT IS SO ORDERED** this 9th day of September, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　TIMOTHY D. DeGIUSTI
　　　　　　　　　　　　　　　　　　　Chief United States District Judge