# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, | |
| Plaintiff, | |
| v. | Case No. CIV-20-944-D |
| KEVIN STITT, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Deadlines [Doc. No. 121], requesting an extension of time to file Plaintiff's responses to Defendants' Motions for Summary Judgment [Doc. Nos. 114, 115, 116, and 119]. Upon consideration, the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall file his responses to Defendants' summary judgment motions on or before October 9, 2024.

**IT IS SO ORDERED** this 9th day of September, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge