IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 20-cv-944-D |
| KEVIN STITT, et al., | ) ) ) |
| Defendants. | ) ) |

**MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**

Plaintiff Dwain Edward Thomas, by and through his undersigned counsel, hereby moves the Court, pursuant to Federal Rules of Civil Procedure 7(b) and LCvR 7.1(e), for leave to file an oversized brief **of 70 pages** in a consolidated response to the summary judgment motions filed by Defendants Tom Bates, T. Hastings Siegfried, and Steven Harpe. In support of this motion, Plaintiff states the following:

1. Defendants Siegfried, Harpe, and Bates filed their separate motions for summary judgment on August 30, 2024 (Docs. 115, 116), and September 4, 2024, (Doc. 119).

3. Were Plaintiff to file response briefs to each of those three summary judgment motions filed by Defendants Siegfried, Harpe, and Bates, Plaintiff would be entitled to 90 total pages in response. LCvR 7.1(e).

4. Plaintiff intends to file a consolidated brief in response to those three summary judgment motions filed by Defendants Siegfried, Harpe, and Bates. Given the consolidated nature of that response brief, Plaintiff anticipates requiring a higher page limit for that brief

1

responding to the three summary judgment motions filed by Defendants Siegfried, Harpe, and Bates.

5. Plaintiff thus respectfully moves this Court leave to file a single oversized brief of 70 pages in response to the summary judgment motions filed by Defendants Siegfried, Harpe, and Bates, instead of filing three separate briefs that can, in total, reach 90 pages.

5. Defendants Siegfried, Harpe, and Bates object to Plaintiff's motion and "fully oppose a consolidated brief that amounts to 70 pages" because they "believe a consolidated response brief to only [those three Defendants] will grossly confuse the issues against each Defendant."

WHEREFORE, Plaintiff respectfully requests the Court to enter an order granting Plaintiff's motion for leave to file an oversized brief as described above.

Dated: September 27, 2024

Respectfully submitted,

/s/ Emily Merki Long
Tracie L. Bryant
Emily Merki Long
Annie Chiang
Alyssa M. McClure
Caroline H. Robinson
Michael Pronin
Margaret R. Hagen
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 2004
tracie.bryant@kirkland.com
emily.long@kirkland.com
annie.chiang@kirkland.com
alyssa.mcclure@kirkland.com

caroline.robinson@kirkland.com
michael.pronin@kirkland.com
maggie.hagen@kirkland.com

Amy Breihan
Shubra Ohri
Megan Crane
RODERICK & SOLANGE MACARTHUR
 JUSTICE CENTER
906 Olive Street, Suite 420
St. Louis, MO  63101
amy.breihan@macarthurjustice.org
shubra.ohri@macarthurjustice.org
megan.crane@macarthurjustice.org

Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL LAW
3015 E. Skelly Drive, Suite 400
Tulsa, OK  74105
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com

*Attorneys for Plaintiff*