UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| DWAIN EDWARD THOMAS, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No. CIV-20-944-D |
| KEVIN STITT, *et al.*, | ) ) ) | |
| *Defendants.* | ) ) ) | |

**[PROPOSED] ORDER**

Before the Court is the Plaintiff's Motion for Leave to File Outsized Brief (Doc. 124). Upon consideration, the motion is **GRANTED**.

**IT IS SO ORDERED** this ___ day of _____, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge