# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

DWAIN EDWARD THOMAS,

    Plaintiff,

v.

KEVIN STITT, *et al.*,

    Defendants.

Case No. CIV-20-944-D

## ORDER

    Before the Court is Plaintiff's Motion for Leave to File Oversized Brief [Doc. No. 124]. Upon consideration, the motion is **GRANTED**. Plaintiff may consolidate his responses to the summary judgment motions filed by Defendants Bates, Siegfried, and Harpe [Doc. Nos. 115, 116, 119]. Plaintiff's response shall not exceed 70 pages.

    **IT IS SO ORDERED** this 30th day of September, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge