IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DWAIN EDWARD THOMAS,

    Plaintiff,

v.

KEVIN STITT, *et al,*

    Defendants.

**Case No.: 20-cv-944-D**

## UNOPPOSED MOTION FOR EXTENSION

Defendants Tom Bates, T. Hastings Siegfried, and Steven Harpe (hereinafter "Defendants"), pursuant to Federal Rules of Civil Procedure 26 and 29 and LCvR. 7.1(h), respectfully request a seven (7) day extension of the Reply deadline to Plaintiff's Response to Defendants' Harpe, Siegfried, and Bates Motions for Summary Judgment. [Doc. 126]. In support of this motion, the Defendants state:

1. On September 28, 2023, this Court issued a Scheduling Order as well as its June 28, 2024 and August 16, 2024 Orders amending the Scheduling Order, the Court provided that "[t]he parties may . . . move to stay unexpired scheduling order deadlines pending the Court's ruling on dispositive motions" [Doc. 70 at 2; Doc. 96 at 2 n.1; Doc. 113 at 2 n.1].

2. Defendants Siegfried and Harpe each filed a Motion for Summary Judgment on August 30, 2024 [Doc. 115, 116].

3. Defendant Bates experienced technical difficulty filing his Motion for Summary Judgment and filed a Motion for Extension of Time to File Motion for Summary Judgment [Doc. 117].

1

4. The Court granted Defendant Bates's Motion for Extension of Time on September 4, 2024 [Doc 118].

5. Defendant Bates filed his Motion for Summary Judgment on September 4, 2024 [Doc. 119].

6. On September 6, 2024, Plaintiff filed a motion to extend Plaintiff's deadline to file responsive briefs to Defendants summary judgement motions by fourteen (14) days to October 9, 2024. [Doc. 121].

7. The Court granted Plaintiff's Motion for Extension of Time on September 9, 2024 [Doc 123].

8. On September 27, 2024, Plaintiff filed a Motion for Leave to File an Oversized Brief in a consolidated response to the summary judgment motions filed by Defendant Bates, Siegfried, and Harpe. [Doc. 124].

9. The Court granted Plaintiff's Motion for Extension of Time on September 30, 2024 [Doc 125].

10. On October 9, 2024, Plaintiff filed their Responses [Doc. 127] to Motions for Summary Judgment. [Doc. 114,115,116 and 119].

11. Defendants need an additional seven (7) days to go over the voluminous response and will reply.

12. Defendants Reply is currently due October 16, 2024, which would make the new deadline to reply October 23, 2024.

13. Plaintiff's do not object to this Motion.

14. This Motion is not made in bad faith, for the purposes of delay, or for any other improper purpose.

15. This is the 4th motion for extension.

16. Granting the requested extension of time would result in the Reply deadline to the Motions for Summary Judgment to be October 23, 2024.

WHEREFORE, for the reasons set forth above, the Defendants respectfully request the Court grant the requested 7-day extension to reply to Plaintiff's Response to Defendants' Harpe, Siegfried, and Bates Motions for Summary Judgment.

Dated:  October 10, 2024

        Respectfully submitted,

s/ *Alejandra J. Brigida*
**ALEJANDRA J. BRIGIDA, OBA# 35381**
**LAUREN J. RAY, OBA# 22694**
ASSISTANT ATTORNEY'S GENERAL
OKLAHOMA ATTORNEY GENERAL'S OFFICE
LITIGATION DIVISION
313 NE 21st Street
Oklahoma City, Oklahoma 73105
T: (405) 521-2951 | F: (405) 521-4518
*Counsel for Defendants Bates, Harpe, and Siegfried*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of October 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and notice of the foregoing document was sent via the CM/ECF Noticing System to all counsel of record who are ECF registrants.

                                      */s/ Alejandra Brigida*
                                      Alejandra Brigida