# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS,<br><br>  Plaintiff,<br><br>v.<br><br>KEVIN STITT, *et al.,*<br><br>  Defendants. | Case No. CIV-20-944-D |

## ORDER

Before the Court is an Unopposed Motion for Extension [Doc. No. 128], filed by Defendants Tom Bates, T. Hastings Siegfried, and Steven Harpe, requesting an extension of time to file replies in support of their motions for summary judgment. Upon consideration, the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the reply deadline for Defendants Bates, Siegfried, and Harpe is extended to October 23, 2024.

**IT IS SO ORDERED** this 11th day of October, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge