# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, | |
| Plaintiff, | |
| v. | Case No. CIV-20-944-D |
| KEVIN STITT, *et al.,* | |
| Defendants. | |

## ORDER

Before the Court is Defendant Kevin Stitt's Unopposed Motion for Extension of Time [Doc. No. 129], requesting an extension of time to file a reply in support of his motion for summary judgment. Upon consideration, the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Stitt may file a reply on or before October 23, 2024.

**IT IS SO ORDERED** this 11th day of October, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge