IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN STITT, *et al.*, <br><br> Defendants. | Case No. CIV-20-944-D |

## ORDER

Before the Court is Plaintiff's Opposed Motion for Oral Argument [Doc. No. 136]. Plaintiff requests oral argument on Defendants' motions for summary judgment [Doc. Nos. 115-119]. Upon consideration, the Court finds that oral argument is not necessary, and the Court is confident that the parties' positions are reflected in the 230 pages of summary judgment briefing. **IT IS THEREFORE ORDERED** that Plaintiff's Opposed Motion for Oral Argument [Doc. No. 136] is **DENIED**.

**IT IS SO ORDERED** this 21st day of February, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge