IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-944-D |
| ) | |
| KEVIN STITT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Annie Chiang's Motion for Leave to Withdraw as Counsel for Plaintiff [Doc. No. 140]. Upon consideration, the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that Annie Chiang is withdrawn as counsel for Plaintiff, who will continue to be represented by Emily Merki Long of Kirkland & Ellis LLP.

**IT IS SO ORDERED** this 22nd day of April, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge