IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-20-944-D |
| KEVIN STITT, et al., | ) ) ) |
| Defendants. | ) ) |

### **ORDER**

Before the Court is non-party Keith Brown's "Motion for Joinder/to Intervene as Intervenor" [Doc. No. 137]. In response, the parties filed a Joint Response in Opposition to Keith Brown's Motion to Intervene [Doc. No. 138].

The Court construes Mr. Brown's motion as one seeking permissive intervention under FED. R. CIV. P. 24(b)(1)(B), pursuant to which the Court may permit a non-party to intervene who "has a claim or defense that shares with the main action a common question of law or fact." FED. R. CIV. P. 24(b)(1)(B). When considering a non-party's request to intervene, "the court must consider whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights." FED. R. CIV. P. 24(b)(3).

In response, the parties object to Mr. Brown's intervention because it would unduly delay and prejudice the adjudication of their rights. The parties note that Mr. Brown's motion to intervene was filed years into this litigation, and months after the parties had completed discovery and had fully briefed the issues presented in Defendants' Motions for

Summary Judgment [Doc. Nos. 114-116, 119]. The Court agrees with the parties that, under these circumstances, permissive intervention is not appropriate.[1]

**IT IS THEREFORE ORDERED** that Keith Brown's "Motion for Joinder/to Intervene as Intervenor" [Doc. No. 137] is **DENIED**.

**IT IS SO ORDERED** this 4th day of September, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] The Court also notes that although Mr. Brown seeks similar relief as Plaintiff, Mr. Brown's motion reflects that he was a juvenile *nonhomicide* offender, not a juvenile homicide offender like Plaintiff. Given that Supreme Court precedent outlining prohibited sentences for juvenile offenders distinguish between homicide and nonhomicide offenders, as set forth in the Court's forthcoming Order on Defendants' motions for summary judgment, the Court declines to permit Mr. Brown to intervene in this action.