# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    Case No. CIV-20-944-D |
| KEVIN STITT, et al., | ) ) ) |
|     Defendants. | ) |

## JUDGMENT

Pursuant to the Court's Order entered this date, the Court enters judgment in favor of Defendants, and against Plaintiff.

**ENTERED** this 5th day of September, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge