# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAIN EDWARD THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cv-944-D |
| ) | |
| KEVIN STITT, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Dwain Edward Thomas, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the order and final judgment entered in this action on September 5, 2025. (ECF 145, 146)

Dated: October 6, 2025

Respectfully submitted,

*/s/ Spencer Bryan*
Spencer Bryan
Steven J. Terrill
BRYAN & TERRILL LAW
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com

Emily Merki Long
Alyssa M. McClure
Caroline H. Robinson
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
emily.long@kirkland.com
alyssa.mcclure@kirkland.com
caroline.robinson@kirkland.com

Amy Breihan
Megan Crane
RODERICK & SOLANGE MACARTHUR
JUSTICE CENTER
906 Olive Street, Suite 420
St. Louis, MO 63101
amy.breihan@macarthurjustice.org
megan.crane@macarthurjustice.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Oklahoma by using the CM/ECF system. I certify that all parties in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Spencer Bryan*
Spencer Bryan
BRYAN & TERRILL LAW
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105
jsbryan@bryanterrill.com
