UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 07, 2025

Ms. Amy Breihan
Ms. Megan Crane
Roderick & Solange MacArthur Justice Center
906 Olive Street, Suite 420
St. Louis, MO 63101

Mr. John Spencer Bryan
Mr. Steven James Terrill
Bryan & Terrill Law
3015 E. Skelly Drive, Suite 400
Tulsa, OK 74105

Ms. Emily Merki Long
Ms. Alyssa M. McClure
Ms. Caroline Robinson
Kirkland & Ellis
1301 Pennsylvania Avenue NW
Washington, DC 20004

**RE:** 25-6158, Thomas v. Stitt, et al
Dist/Ag docket: 5:20-CV-00944-D

Dear Counsel:

Your appeal has been docketed, and the appeal number is above. **Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.
- **Please note:** A defendant-appellant's trial counsel in criminal and post-conviction cases **must** perfect the appeal before seeking to withdraw. This is the case even if counsel did not file the notice of appeal. Perfecting the appeal requires filing, at a minimum, an entry of appearance and a docketing statement. 10th Cir. R. 46.3(A).

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

**Within 14 days** from the date of this letter, Appellant must **pay the $605.00 filing and docketing fees** ($5.00 filing fee and $600.00 docket fee) in the district court or file an application for leave to proceed *in forma pauperis* on appeal in the district court. Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements of appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:  Alejandra J Brigida
 Grant M. Lucky
 Lauren Ray
 Phillip G. Whaley

CMW/djd

2